**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**District of New Mexico**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Kit Carson Home & Museum, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 20-2211854 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 113 Kit Carson Rd | |
| Number     Street | Number     Street |
| | P.O. Box |
| Taos          NM    87571-5949 | |
| City          State    ZIP Code | City          State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Taos County | |
| County | Number     Street |
| | |
| | City          State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.kitcarsonmuseum.org |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☑ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

7121____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                     MM / DD / YYYY

District _____ When _____ Case number _____
                                     MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
                                              MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

  What is the hazard? _____

- ☐ It needs to be physically secured or protected from the weather.

- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

- ☐ Other _____

**Where is the property?** _____

       Number       Street

_____

_____

       City               State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

       Contact name _____

       Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☒ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/08/2020
              MM / DD / YYYY

✗ /s/ Noah Shapiro                              Noah Shapiro
_____            _____
Signature of authorized representative of debtor   Printed name

Title  Secretary/Treasurer
       _____

**18. Signature of attorney**

✗ /s/ Nephi Hardman                    Date   11/08/2020
_____           _____
Signature of attorney for debtor               MM / DD / YYYY

Nephi Hardman
_____
Printed name
Nephi D. Hardman Attorney at Law, LLC
_____
Firm name
9400 Holly Ave NE Bldg 4
_____
Number       Street
Albuquerque                           NM          87122
_____
City                                  State       ZIP Code
(505) 944-2494                        nephi@turnaroundbk.com
_____
Contact phone                         Email address

141595                                NM
_____
Bar number                            State

**Fill in this information to identify the case:**

Debtor name ____Kit Carson Home & Museum, Inc._____

United States Bankruptcy Court for the: ____District of New Mexico_____

_____(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:** **Summary of Assets**

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..............................................................

    $ _____0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................

    $ ___16,557.87

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................

    $ ___16,557.87

---

**Part 2:** **Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............

    $ _____0.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*.........................................

    $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ............

    +$ ___194,887.76

4. **Total liabilities** ...........................................................................................
    Lines 2 + 3a + 3b

    $ ___194,887.76

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**        $ 145.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Centinel Bank checking account | Checking | ___ ___ ___ ___ | $ 2,355.12 |
| 3.2. | See continuation sheet | | | $ 5,304.79 |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | _____ | $ _____ |
| 4.2. | _____ | $ _____ |

5. **Total of Part 1**    $ 7,804.91

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. | Trust account with Nephi D. Hardman Attorney at Law, LLC | $ 5,252.96 |
| 7.2. | _____ | $ _____ |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $ 5,252.96

---

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

11a. 90 days old or less: _____ – _____ = ....➔    $_____
                         face amount       doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ....➔    $_____
                       face amount       doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

## Part 4: Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____    _____    $_____

14.2._____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.

    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | ____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 20. **Work in progress** | ____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 21. **Finished goods, including goods held for resale** See Schedule A/B Part 5, Question 21 Attachment | 10/29/2020 MM / DD / YYYY | $ _____ | _____ | Unknown $ _____ |
| 22. **Other inventory or supplies** | ____ MM / DD / YYYY | $ _____ | _____ | $ _____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

    $ 0.00

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ _____ | | $ _____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | $ _____ | | $ _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ _____ | | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ _____ | | $ _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ _____ | | $ _____ |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture**<br>Microwave, small refrigerator, 4 small electric heaters, 4 small fans, 4 computers, 2 printers, point of sale accessories | $_____ | _____ | $ 1,000.00 |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software**<br>10 display cases, 70 folding chairs, conference table | $_____ | _____ | $ 2,500.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 See Schedule A/B Part 7, Question 42 Attachment | $_____ | _____ | $ Unknown |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 3,500.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Official Form 206A/B      Schedule A/B: Assets — Real and Personal Property      page 4

Debtor    Kit Carson Home & Museum, Inc.
_____     Case number *(if known)*_____
Name

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☑ No. Go to Part 9.

   ☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

   47.1 _____   $_____   _____   $_____

   47.2 _____   $_____   _____   $_____

   47.3 _____   $_____   _____   $_____

   47.4 _____   $_____   _____   $_____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

   48.1 _____   $_____   _____   $_____

   48.2 _____   $_____   _____   $_____

49. **Aircraft and accessories**

   49.1 _____   $_____   _____   $_____

   49.2 _____   $_____   _____   $_____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

       $_____   _____   $_____

51. **Total of Part 8.**

   Add lines 47 through 50. Copy the total to line 87.      $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☐ No

   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

| Debtor | Kit Carson Home & Museum, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Real property and improvements commonly known as Kit Carson Home and Museum, 113 Kit Carson Rd, Taos, NM 87571 | Leasehold interest | $_____ | _____ | $ Unknown_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$_____

Official Form 206A/B  Schedule A/B: Assets — Real and Personal Property  page 6

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____  _____ — _____ = ➔  $_____
                          Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  $_____
_____  Tax year _____  $_____
_____  Tax year _____  $_____

73. **Interests in insurance policies or annuities**

_____  $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Counterclaims against Bent Lodge #42 AF&AM                              $ Unknown

**Nature of claim**   Conversion, Fraud and Unconscionab

**Amount requested**  $ 0.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____  $_____

**Nature of claim**   _____

**Amount requested**  $_____

76. **Trusts, equitable or future interests in property**

_____  $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____  $_____
_____  $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property          page 7

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 7,804.91 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 5,252.96 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 3,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................ ➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........91a. | $ 16,557.87 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.  16,557.87 ........................................................... $ 16,557.87

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

**Centinel Bank savings          Savings
account**

**Balance: 389.19**

**Centinel Bank donations          Savings
account**

**Balance: 4,915.60**

# Kit Carson Home & Museum
## Inventory Valuation on 10/29/2020

| Department | Item Name | Attribute | Size | Item # | Ext Cost |
|---|---|---|---|---|---|
| Admissions | Sunday, Taos County Residents | | | 922 | 0.00 |
| Admissions | Child | | | 179 | 0.00 |
| Admissions | Mason | | | 7 | 0.00 |
| Admissions | Browsers/garden/shop | | | 904 | 0.00 |
| Admissions | Guest of KCHM | | | 911 | 0.00 |
| Admissions | Group Rate | | | 912 | 0.00 |
| Admissions | Senior | | | 3 | 0.00 |
| Admissions | Adult admission | | | 2 | 0.00 |
| Admissions | Adult | | | 178 | 0.00 |
| Admissions | Veteran | | | 5 | 0.00 |
| Admissions | Student | | | 4 | 0.00 |
| **Admissions** | | | | | **0.00** |
| art | Daffodills, small framed painti | gold frame | | 306 | 0.00 |
| art | Photo: Log Arch,Gold Frame | Framed | 11x14 | 300 | 0.00 |
| art | Framed Photo | | | 9 | 0.00 |
| art | Stephens STE-028 small painting | | 7x7 | 275 | 0.00 |
| art | Framed Green French River print | | 11x14 | 298 | 0.00 |
| art | huggy bears | | | 936 | 0.00 |
| art | Stephens STE-029 small painting | | 7x7 | 276 | 0.00 |
| art | Framed Watercolor | | | 10 | 0.00 |
| art | Tall Yellow Aspen oil painting | Framed | 24x7 | 800 | 0.00 |
| art | Framed Sandpainting | | | 11 | 0.00 |
| art | Table Runner, Big Veggies | soft goods | 7' long | 279 | 5.00 |
| art | Wood Duck and Hearts | wood | | 494 | 5.75 |
| art | Tall White Praying Woman | ceramic | | 784 | 7.50 |
| art | Indian Maiden on Wood Plaque | wood | 9x12 | 612 | 10.00 |
| art | Hand Carved Angel Figure White | | | 781 | 12.50 |
| art | Tall Bishop Santos Carved Wood | wood | | 779 | 12.50 |
| art | Large Santos w/Child on Wood | wood | | 778 | 13.50 |
| art | Small Santos Painting on Wood | wood | | 777 | 14.50 |
| art | Small Eagle by R.Roughface | stone | small | 684 | 17.50 |
| art | Navajo Woman & Child on Horset | fabrick | | 782 | 17.50 |
| art | Stone Art, Horse by R.Roufgface | stone | small | 683 | 17.50 |
| art | Large Wood Cross w/Figure | | | 770 | 17.50 |
| art | Barn-wood Framed Mountain Pho | | 18x24 | 315 | 20.00 |
| art | Sand Painting Plaque Navajo Dan | rock on boar | 5x9 | 299 | 20.00 |
| art | Framed Woodblock Print: 1 Tree | framed prtnt | 11x14 | 302 | 22.50 |
| art | Folk Art Dog | | 7" | 177 | 22.50 |
| art | Deerman Shape-shifter Folk Art | | | 769 | 22.50 |
| art | Folk Art White Dog Pull Toy | wood | | 791 | 22.50 |
| art | Sand Painting Plaque with front | | 5x7 | 176 | 22.50 |
| art | Framed Wood Block Print | | | 173 | 22.50 |
| art | Folk Art Horse w/Blanket | | | 773 | 22.50 |
| art | Inger Jirby Vintage Poster | Wrapped | 18x18" | 450 | 22.50 |
| art | Framed Rock Art Print 12x12 | gold frame | 12x12 | 303 | 22.50 |
| art | Folk Art Dog on Saw blade | | | 180 | 22.50 |
| art | Saw blade Dog wall art | | 12"Dia. | 278 | 22.50 |
| art | Browntones Pastoral scene | | 10x12 | 973 | 27.00 |
| art | Sand Painting Plaque | | 5x7 | 175 | 30.00 |
| art | Sand Art Plaque #2 By Lucy | 6x8 | | 305 | 30.00 |
| art | Stone Art, Bear by R.Roughface | stone | 4x5" | 682 | 32.50 |
| art | Photo Print Chimayo Hist. Churc | glass framed | 11x14 | 301 | 32.50 |
| art | "Autumn Mountain" Oil Painting | Framed | 5x8 | 820 | 32.50 |
| art | yellow wild flowers | | | 972 | 35.00 |
| art | Framed Needlepoint/violin | | 20x20 | 976 | 37.00 |
| art | Framed Needlepoint/Horn&Flute | | 20x20 | 977 | 37.00 |
| art | Indian, Large Oil on Canvas | wood framed | 38x24 | 307 | 40.00 |
| art | Framed/2 taos pueblo prints | | 15x12 | 974 | 42.00 |
| art | Falling for the Seasons colors | watercolor | 15x15 | 975 | 42.00 |
| art | Sand Art on Fabric | fabric | 14x28 | 312 | 45.00 |
| art | Quanah Parker Painting | | | 939 | 50.00 |
| art | Stone Art, Eagle by R.Roughface | stone | 6" | 681 | 55.00 |
| art | Stone Art, Warrior on Horse | stone | 6x5" | 680 | 60.00 |

Schedule A/B Part 5, Question 21 Attachment

# Kit Carson Home & Museum
## Inventory Valuation on 10/29/2020

| Department | Item Name | Attribute | Size | Item # | Ext Cost |
|---|---|---|---|---|---|
| **art** | | | | | **1,066.25** |
| baskets | #1 ex fine color basket | | large | 12 | 0.00 |
| **baskets** | | | | | **0.00** |
| books | The Woven Spirit of the Southwe | | | 97 | 0.00 |
| books | The Morman Trek West The Jourr | | | 93 | 0.00 |
| books | Home-Native People in the South | | | 50 | 0.00 |
| books | Earth Is My Mother, Sky Is My F | | | 44 | 0.00 |
| books | Hardback New Mexico Past & Pre | hardback | 10x11 | 203 | 0.00 |
| books | High Road to Taos | | | 49 | 0.00 |
| books | Indian Sign Language | | | 54 | 0.00 |
| books | Hardback Black Elk The life of | hardback | | 32 | 0.00 |
| books | A People and Their Landscape- A | | | 23 | 0.00 |
| books | Arapaho Stories Songs and Praye | | | 25 | 0.00 |
| books | The Couse Collection of Santos | soft cover | | 85 | 0.00 |
| books | Bent's Old Fort/ National Histo | | | 28 | 0.00 |
| books | The Cheyenne Indians of North A | soft cover | | 83 | 0.00 |
| books | The Native Americans-An Illustr | | | 94 | 0.00 |
| books | Old World Interiors, a Modern | hardback | | 360 | 0.00 |
| books | Chaco Canyon | | | 34 | 0.00 |
| books | Good News in God's Country | | | 47 | 0.00 |
| books | Turquoise, Water, Sky | | | 19 | 0.00 |
| books | Crazy Horse A Lakota Life | | | 40 | 0.00 |
| books | Hardback Death comes for the Ar | hardback | | 250 | 0.00 |
| books | Capitain Jack Crawford | | | 33 | 0.00 |
| books | Hardback Kit Carson, Border Man | hardback | | 193 | 0.00 |
| books | Santa Fe Design | hardback | | 206 | 0.00 |
| books | Hardback Kit Carson, A Portrait | hardback | | 191 | 0.00 |
| books | Chupacabra and the Roswell UFO | | | 37 | 0.00 |
| books | Coyote Waits, A Novel Hillerman | hardback | | 247 | 0.00 |
| books | Chaco Canyon A Center and It's | | | 35 | 0.00 |
| books | Skeleton of a Bridge, Stories b | soft cover | | 256 | 0.00 |
| books | A Newer World, paperback | softcover | | 805 | 0.00 |
| books | KC at 1st Battle Adobe Walls | | | 827 | 0.00 |
| books | New Mexico Wine An Enchanting | | | 67 | 0.00 |
| books | Lucien Maxwell Villian or Visio | | | 62 | 0.00 |
| books | Pueblos of New Mexico | | | 72 | 0.00 |
| books | Rancho Deluxe, Rustic Dreams | hardback | | 366 | 0.00 |
| books | Fremont's First Impressions | | | 14 | 0.00 |
| books | Sky Island, L.Frank Baum | hardback | | 364 | 0.00 |
| books | Dancing in the Paths of the Anc | | | 41 | 0.00 |
| books | Osborne Russell's Journal of a | | | 69 | 0.00 |
| books | Seasonal Southwest Cooking | | | 76 | 0.00 |
| books | Lipan Apaches | | | 61 | 0.00 |
| books | Shaman Winter | | | 77 | 0.00 |
| books | In the Kingdom of Ice | | | 52 | 0.00 |
| books | The Great American West,pursing | | | 86 | 0.00 |
| books | The Santa Fe Trail novel Ralp | | | 96 | 0.00 |
| books | Santa Fe Art and Architecture | | | 75 | 0.00 |
| books | The American West | | | 81 | 0.00 |
| books | 100 years of Western Wear | | | 21 | 0.00 |
| books | Medicine Cards THe Discovery of | | | 64 | 0.00 |
| books | The Great Cook's Cookbooks Sou | | | 87 | 0.00 |
| books | The Nirvana Blues John Nichols | | | 95 | 0.00 |
| books | Indian Country | | | 53 | 0.00 |
| books | Betty Crocker's Southwest Cooki | | | 30 | 0.00 |
| books | Never Cry Wolf | | | 825 | 0.00 |
| books | Best of the Besr from The Soutw | | | 29 | 0.00 |
| books | Signs from the Ancestors Zuni C | out of print | | 79 | 0.00 |
| books | The Great towns of America A Ne | | | 89 | 0.00 |
| books | Cooking with Bon Appetit- Cooki | | | 39 | 0.00 |
| books | New Mexico's High Peaks | hardback | | 232 | 0.00 |
| books | Exploring Rocky Mountians | | | 826 | 0.00 |
| books | The Secret Sister, A Novel | soft cover | | 243 | 1.50 |
| books | The Case of the Rock'N' Roll Do | soft cover | | 438 | 1.75 |
| books | Wind Spirit Exhibit of Cherokee | soft cover | | 292 | 2.00 |

Case 20-12130-t11    Doc 1    Filed 11/08/20    Entered 11/08/20 08:29:41 Page 16 of 61

# Kit Carson Home & Museum
## Inventory Valuation on 10/29/2020

| Department | Item Name | Attribute | Size | Item # | Ext Cost |
|---|---|---|---|---|---|
| books | Indian Basket Weaving | soft cover | | 291 | 2.00 |
| books | Lonesome Dove a novel | soft cover | | 237 | 2.50 |
| books | Heaven's Window, A Journey Thro | hardback | water damage | 297 | 2.50 |
| books | Tourguide to the Rocky Mountain | soft cover | | 321 | 2.50 |
| books | The Diary of Anne Frank | soft cover | | 335 | 2.50 |
| books | The Backyard Song Bird Guide | | | 940 | 2.50 |
| books | Happy Trails, Roy Rogers & Dale | soft cover | | 334 | 2.50 |
| books | The San Francisco Earthquake | hardback | | 371 | 3.00 |
| books | Everyman's Eden, History of CA | hardback | | 375 | 3.00 |
| books | Nothing Like It in the World | hardback | | 373 | 3.00 |
| books | Loggers by Rick Steber | soft cover | | 436 | 3.25 |
| books | Daughters of Copper Women | soft cover | | 214 | 3.25 |
| books | Cowboys by Rick Steber | soft cover | | 433 | 3.25 |
| books | Grandpa's Stories by Rick Stebe | soft cover | | 434 | 3.25 |
| books | Greek Myths and Legends | soft cover | | 372 | 3.50 |
| books | Basin And Range, a Novel | soft cover | | 337 | 3.50 |
| books | The New York Book of Tea | hardback | | 416 | 3.50 |
| books | The Way to Rainy Mountain | soft cover | | 240 | 3.50 |
| books | The Christmas Conversation Piec | hardback | | 384 | 3.50 |
| books | 109 East Palace Avenue | soft cover | | 210 | 3.75 |
| books | The Wayfarer, Poetry and Etchin | soft cover | | 267 | 3.75 |
| books | A Brief History of New Mexico | soft cover | | 216 | 3.75 |
| books | The Pot Thief Who Studied Georg | soft cover | | 242 | 3.75 |
| books | Nothing Like It in the World | soft cover | | 941 | 3.75 |
| books | A Little Italian Cookbook | hardback | 4x6 | 316 | 3.75 |
| books | My Best Friends Speak in Whinni | hardback | | 322 | 3.75 |
| books | The Broken Circle, A True Story | soft cover | | 241 | 3.75 |
| books | Pet's Letters to God | hardback | | 323 | 3.75 |
| books | The Word Detective | hardback | | 795 | 4.00 |
| books | Trails West, Nat Geo | hardback | | 342 | 4.00 |
| books | The Thief of Time, A Novel | hardback | | 245 | 4.00 |
| books | Talking God, A Novel | hardback | | 246 | 4.00 |
| books | Life in Rural America, Nat Geo | hardback | | 358 | 4.00 |
| books | COOKIES Cooking with BonAppe | hardback | | 332 | 4.25 |
| books | Colorama Coloring Book Color Me | soft cover | | 517 | 4.25 |
| books | Popular Exotic Cacti in Color | hardback | | 265 | 4.25 |
| books | Murdock Rocks Sedona Mistery | soft cover | | 225 | 4.25 |
| books | Eating Up the Santa Fe Trail | soft | | 45 | 4.25 |
| books | Guide to Fly Fishing, Cam Sigle | soft cover | | 351 | 4.25 |
| books | American Dialogue, The Founders | hardback | | 228 | 4.50 |
| books | Buffalo Lights Maryland to NM | soft cover | | 211 | 4.50 |
| books | The Buffalo Soldiers | soft cover | | 82 | 4.75 |
| books | A Field Guide to Western Birds | soft cover | | 324 | 4.75 |
| books | The Audubon Backyard Birdwatch | hardback | | 320 | 5.00 |
| books | Caballos, La Naturaleza | hardcover | | 365 | 5.00 |
| books | New Mexico's Troubled Years | hardback | | 280 | 5.00 |
| books | History of Taos | soft cover | | 221 | 5.00 |
| books | A Field Guide to Wildflowers NE | soft cover | | 325 | 5.00 |
| books | Ancient Mexico & Central Americ | soft cover | | 223 | 5.00 |
| books | The Prairie, James Fenimore-Coo | hardback | | 343 | 5.00 |
| books | A Journal of Antonio Montoya | soft cover | | 248 | 5.00 |
| books | Exploring America's Historic Pl | hardback | | 353 | 5.00 |
| books | Ticket to Toltec, Mile by Mile | soft cover | | 268 | 5.00 |
| books | Attracting and Feeding Hummingb | soft cover | | 418 | 5.00 |
| books | The Great Gatsby, F.Scott Fitzg | soft cover | | 336 | 5.00 |
| books | Hardback If Mountians Die A New | hardback | | 263 | 5.00 |
| books | The Tree Identification Book | soft cover | | 347 | 5.00 |
| books | Otto Mears and the San Juans | soft cover | | 222 | 5.00 |
| books | Empire of the Summer Moon | softcover | | 46 | 5.00 |
| books | Billy the Kid by Rob Utley | soft cover | | 284 | 5.50 |
| books | Sketching, a Step by Step Guide | soft cover | | 518 | 5.50 |
| books | Houses of Mexico Origins & Trad | hardback | | 226 | 5.50 |
| books | Billy the Kid, the Endless Ride | soft cover | | 285 | 5.50 |
| books | The Way of the Warrior | hardback | | 217 | 5.50 |
| books | Hardback Basin and Range, A No | hardback | | 259 | 5.50 |
| books | Seasonings, Recipes from PBS | soft cover | | 327 | 5.50 |
| books | Now That The Buffalo's Gone | hardback | library book | 341 | 5.50 |

# Kit Carson Home & Museum
## Inventory Valuation on 10/29/2020

| Department | Item Name | Attribute | Size | Item # | Ext Cost |
|---|---|---|---|---|---|
| books | Mexican Interiors | hardback | | 227 | 5.50 |
| books | Black Elk: The Sacred Ways of L | soft cover | | 220 | 5.50 |
| books | Hong Kong Address Book | hardback | | 339 | 6.00 |
| books | Wise Women, a Celebration of In | soft cover | | 348 | 6.00 |
| books | Into the Wilderness, Nat Geo | hardback | | 345 | 6.00 |
| books | Before Santa Fe, Archaeology of | hardback | | 272 | 6.00 |
| books | The Morman Trail Revisited | soft cover | | 209 | 6.00 |
| books | A Quilt of Words, Women's Diari | soft cover | | 213 | 6.00 |
| books | The Lacuna, a Novel | soft cover | | 374 | 6.00 |
| books | The Nirvana Blues, A Novel | soft cover | | 253 | 6.00 |
| books | Spirits of the Earth, A Guide | soft cover | | 266 | 6.00 |
| books | Animal Speak, The Spiritual & M | softcover | | 346 | 6.00 |
| books | The Soul Unearthed, Celebrating | soft cover | | 344 | 6.50 |
| books | Miners by Rick Steber | soft cover | | 435 | 6.50 |
| books | Billy the Kid a Short and Viole | soft cover | | 283 | 6.50 |
| books | Seven Arrows, Hyemeyohsts Stor | soft cover | | 290 | 6.50 |
| books | Georgia O'Keeffe & Alfred Stieg | hardback | | 249 | 7.00 |
| books | Weekend Handmade, 40 Projects | hardback | | 318 | 7.00 |
| books | The Couse Collection of Pueblo | soft cover | | 84 | 7.00 |
| books | Ancient Peoples of the American | hardback | | 234 | 7.00 |
| books | Birds in Art 2006 | soft cover | | 319 | 7.50 |
| books | Paintbrushes and Pistols | soft cover | | 212 | 7.50 |
| books | Black Elk and Flaming Rainbow | soft cover | | 31 | 7.50 |
| books | Barcelona, Authentic Recipes | hardback | | 329 | 7.50 |
| books | Jessie Benton Fremont, A Woman | softcover | | 810 | 7.50 |
| books | Santa Fe House & Gardens | hardback | | 293 | 7.50 |
| books | The Tiguas: Pueblo Indians of T | hardback | | 218 | 7.50 |
| books | Coyote Cafe by Mark Miller | hardback | | 328 | 7.50 |
| books | Norman Rockwell, a 60 year Retr | hardback | | 356 | 7.50 |
| books | Museo De San Carlos De Mexico | soft cover | | 230 | 7.50 |
| books | The Mythology of North America | hardback | | 350 | 7.50 |
| books | Mysteries of the Past, American | hardback | | 357 | 7.50 |
| books | Kiva  A Novel | soft cover | | 60 | 7.50 |
| books | Running Alone, A Novel in Photo | soft cover | | 257 | 7.50 |
| books | Coronado's Land Daily Life in C | soft cover | | 215 | 7.50 |
| books | The River of the West, Adventur | soft cover | | 197 | 7.50 |
| books | The West, an Illustrated Histor | soft cover | | 271 | 8.00 |
| books | SantaFe Style | hardback | 10x10 | 205 | 8.00 |
| books | Hardback Billy the Kid a Short | hardback | | 282 | 8.00 |
| books | Old Bill Williams, Hardback | hardback | | 962 | 8.00 |
| books | Rock Art of Bandelier Nat. Mon. | soft cover | | 236 | 8.00 |
| books | The Food of Santa Fe, Authentic | hardback | | 331 | 8.50 |
| books | Life KC: Biography | | | 828 | 8.50 |
| books | Santa Fe, a Photo Book | hardback | | 359 | 8.75 |
| books | Patience & Fortitude, Nick Basb | hardback | | 354 | 8.75 |
| books | Good News in God's Country, Adv | soft cover | | 338 | 8.75 |
| books | Founding Mothers, the Women wi | hardback | | 352 | 9.00 |
| books | One Vast Winter Count | soft cover | | 289 | 9.00 |
| books | American Country West, a Style | hardback | | 333 | 9.00 |
| books | Gardining in New Mexico | soft cover | | 368 | 9.00 |
| books | The Ultimate Italian Cookbook | hardback | | 296 | 9.00 |
| books | Ranching Traditions in photogra | hardback | | 361 | 9.00 |
| books | I Am No Bird; and no net ensnar | soft cover | | 317 | 9.00 |
| books | Those Who Came Before | With DVD | | 233 | 9.00 |
| books | Nature's Extremes, 8 seasons sh | hardback | | 363 | 9.00 |
| books | An Illustrated History of New M | soft cover | | 286 | 9.00 |
| books | Hardback Blood and Thunder | hardback | | 189 | 9.00 |
| books | D. H. Lawrence, A Biography | hardback | | 255 | 9.00 |
| books | Crafting Devotions, New Mexico | soft cover | | 367 | 9.00 |
| books | Intimate Memories, Mable | soft cover | | 801 | 9.50 |
| books | Movers and Shakers, Mable | soft cover | | 802 | 9.50 |
| books | SouthWest Expressions | | 12x10 | 207 | 10.00 |
| books | It's your misfortune and none o | soft cover | | 208 | 10.00 |
| books | Enchantment and Exploitation | soft cover | | 340 | 10.00 |
| books | The Earth is My Mother, Sky is | soft cover | | 231 | 10.00 |
| books | The Legacy of Wildness | hardback | | 219 | 10.00 |
| books | If Mountians Die A New Mexico | soft cover | | 15 | 10.00 |

# Kit Carson Home & Museum
## Inventory Valuation on 10/29/2020

| Department | Item Name | Attribute | Size | Item # | Ext Cost |
|---|---|---|---|---|---|
| books | Photosonata, by Martin Desht | hardback | | 355 | 10.00 |
| books | American, African and Old Europ | soft cover | | 349 | 10.00 |
| books | Colorado Classique, cookbook | hardcover | | 796 | 10.00 |
| books | Restaurant Martin | hard back | | 803 | 10.00 |
| books | Masked Gods, Navajo and Pueblc | soft cover | | 244 | 10.00 |
| books | Shane a novel | soft cover | | 78 | 10.50 |
| books | The Magic Journey, A Novel | soft cover | | 252 | 11.00 |
| books | Cimarron & Philmont | soft cover | | 38 | 11.00 |
| books | The Turquoise Trail | soft cover | | 18 | 11.00 |
| books | The American Boy's Handy Book | soft cover | | 379 | 11.00 |
| books | Spanish Pathways, Readings in t | soft cover | | 235 | 11.50 |
| books | Taos, A Topical History | | | 262 | 11.50 |
| books | Kit Carson's AutoBio, Mountain | soft cover | | 431 | 12.00 |
| books | Max Evan's HI LO Country | hardback | | 63 | 12.00 |
| books | The Man Who Killed the Deer | soft cover | | 92 | 12.00 |
| books | Hardback American Southwest | hardback | 12x12 | 204 | 12.50 |
| books | The Great American West, persui | hardback | | 362 | 12.50 |
| books | Bouchon Cookbook | hardback | | 294 | 12.50 |
| books | Hopi Snake Ceremonies | soft cover | | 51 | 12.50 |
| books | Bent's Fort by David Lavender | soft cover | | 185 | 12.50 |
| books | Hardback Wah-to-yah | hard back | | 187 | 12.50 |
| books | Movers & Shakers, hardback, Luh | hardback | | 806 | 12.50 |
| books | Camp-Lore & Wood Craft Book | soft cover | | 378 | 13.00 |
| books | Pueblo Pottery of NM Indians | | | 822 | 13.00 |
| books | Life of George Bent | soft cover | | 281 | 13.00 |
| books | The Legacy of Maria Poveka Mart | soft cover | | 91 | 13.00 |
| books | Taos Poetry Circus, The 90's | soft cover | | 264 | 14.00 |
| books | The Field and Forest Handy Book | soft cover | | 377 | 15.00 |
| books | To Possess the Land | soft cover | | 239 | 15.00 |
| books | New Mexico, Then and Now | hardback | | 295 | 15.00 |
| books | To Walk in Beauty A Navajo Fami | hardback | | 98 | 15.00 |
| books | The Milagro Beanfield War, A No | soft cover | | 254 | 15.00 |
| books | The Sterile Cuckoo, A Novel | hardback | | 258 | 15.00 |
| books | Plants for Natural Gardens SW N | soft cover | | 71 | 16.00 |
| books | Old Bill Williams Mountian Man | soft cover | | 68 | 16.00 |
| books | Okios, The Ecology of Northern | soft cover | | 270 | 16.00 |
| books | A Woman on Paper:Georgia O'Ke | | | 821 | 16.00 |
| books | Hardback Apache Wars | hardback | | 24 | 17.00 |
| books | The Great Taos Bank Robbery | soft cover | 9780826305306 | 88 | 18.00 |
| books | Shaman Winter, A Novel Anaya | soft cover | | 260 | 19.00 |
| books | Jedediah Smith, Opening West | soft cover | | 181 | 19.95 |
| books | Black Elk Speaks | soft co | | 13 | 20.00 |
| books | Hardback To Possess the Land | hardback | | 238 | 20.00 |
| books | Rocky Mountian Rendezvous | soft cover | used | 73 | 20.00 |
| books | Journal of a Trapper | soft cover | | 184 | 21.69 |
| books | Taos | soft cover | | 80 | 22.00 |
| books | Detour New Mexico, Historic Des | soft cover | | 269 | 22.00 |
| books | A Fragile Beauty, John Nichols' | hardback | | 261 | 22.50 |
| books | Jessie Benton Fremont | soft cover | used | 56 | 22.50 |
| books | Southwest Cooking, The Great Cc | hardcover | | 330 | 25.50 |
| books | Killers of the Flower Moon | soft cover | | 933 | 25.50 |
| books | New Mexico and the Civil War | soft cover | | 17 | 30.00 |
| books | The Indian Frontier 1763-1846 | | | 90 | 30.00 |
| books | Down the Santa Fe Trail & into | soft cover | | 43 | 30.00 |
| books | The American Girl's Handy Book | soft cover | | 519 | 32.50 |
| books | Death comes for the Archbishop | soft cover | | 251 | 33.00 |
| books | Chimayo | soft cover | | 36 | 33.00 |
| books | Kit Carson, A Portrait in Coura | soft cover | | 190 | 34.50 |
| books | 9780770435837 Apache Wars | soft cover/n | | 958 | 36.00 |
| books | Joe Meek, Merry Mountain Man | soft cover | | 196 | 36.75 |
| books | Chefs of Taos, Passion & Proces | hardback | | 326 | 37.50 |
| books | Santa Fe, A Gateway Guide | soft cover | | 277 | 39.00 |
| books | Commerce of the Prairies | soft cover | | 288 | 40.00 |
| books | The Taos Trappers, Fur Trade | soft cover | | 195 | 40.00 |
| books | My Heart Belongs to Nature | hardback | | 66 | 46.50 |
| books | Hardback A Newer World | hardback | | 22 | 48.00 |
| books | Wah-To-Yah & Taos Trail | soft cover | | 99 | 49.32 |

# Kit Carson Home & Museum
## Inventory Valuation on 10/29/2020

| Department | Item Name | Attribute | Size | Item # | Ext Cost |
|---|---|---|---|---|---|
| books | Archaelogy of Bandelier Nationa | hardback | | 287 | 50.00 |
| books | Route 66 in New Mexico | soft cover | | 74 | 55.00 |
| books | Bandelier National Monument | soft cover | | 26 | 55.00 |
| books | Kit Carson, Borderman | soft cover | | 192 | 60.00 |
| books | Jim Bridger Mountian Man | soft cover | | 57 | 63.00 |
| books | Wicked Taos | soft cover | | 20 | 70.00 |
| books | Kit Carson Days 1809-1868 Vol I | soft cover | | 16 | 71.85 |
| books | Josefa, the Lifetime of Maria J | soft cover | | 58 | 82.50 |
| books | Overland with Kit Carson | soft cover | | 70 | 88.00 |
| books | The SF Scottish Rite Temple | hardback | | 199 | 100.00 |
| books | Mountian Men and Fur Traders of | soft cover | | 65 | 100.00 |
| books | Kit Carson's Autobiography | soft cover | | 186 | 106.86 |
| books | Kit Carson Days 1809-1868 V.II | soft cover | | 183 | 107.82 |
| books | Dear Old Kit: Historical Christ | soft cover | | 42 | 112.50 |
| books | Kit Carson, a Pattern for Heroe | soft cover | | 194 | 120.00 |
| books | Kit Carson and His three wives | soft cover | | 59 | 137.20 |
| books | Blood and Thunder | soft cover | | 188 | 180.00 |
| books | The Short Truth About KC & Indi | soft cover | | 201 | 200.00 |
| books | Kit Carson in the West | soft cover | | 202 | 200.00 |
| **books** | | | | | **4,130.19** |
| | | | | | |
| Children's Books | Nature's Yucky! 3 | | | 112 | 0.00 |
| Children's Books | Patty Lou and the White Gold Ra | hardback | | 386 | 0.00 |
| Children's Books | The Black Stallion Returns | hardback | | 413 | 0.00 |
| Children's Books | Dance in the Desert, by L'engle | soft cover | | 407 | 0.00 |
| Children's Books | Tall Tales/Tales of the West Vo | | | 115 | 0.00 |
| Children's Books | G is for Grand Canyon/An Arizon | | | 103 | 0.00 |
| Children's Books | Miners/tales of the west Vol 9 | | | 111 | 0.00 |
| Children's Books | Gandpa's Stories/Tales of the W | | | 104 | 0.00 |
| Children's Books | Cowboys/tales of the west Vol 4 | | | 102 | 0.00 |
| Children's Books | Grandma's Stories/Tales of the | | | 106 | 0.00 |
| Children's Books | P is for Prairie Dog | | | 113 | 0.00 |
| Children's Books | Nature's Children Beavers/Chipm | | | 823 | 0.00 |
| Children's Books | Pioneers/Tals of the West Vol 1 | | | 114 | 0.00 |
| Children's Books | Sisters in Blue | | | 100 | 0.00 |
| Children's Books | The New Way Things Work | hardback | | 383 | 0.00 |
| Children's Books | How Hollyhocks Came to New Me | | | 109 | 0.00 |
| Children's Books | Loggers/talses of the West Vol | | | 110 | 0.00 |
| Children's Books | The Life of Kit Carson, Alen Gr | soft cover | | 428 | 0.00 |
| Children's Books | Nature's Children Otters/Red Fo | | | 824 | 0.00 |
| Children's Books | Colorama: Color Me Happy | soft cover | | 229 | 0.00 |
| Children's Books | Tall Tales | soft cover | | 381 | 1.00 |
| Children's Books | Juggling for the Complete Klutz | soft cover | | 392 | 1.50 |
| Children's Books | Alex Ryan, Stop That! | soft cover | | 420 | 1.75 |
| Children's Books | Bear Hugs by Kathleen Hague | hardback | | 402 | 1.75 |
| Children's Books | Tomorrow I'll Be Brave | soft cover | | 516 | 1.75 |
| Children's Books | Sage and the Journey to Wishwor | soft cover | | 419 | 1.75 |
| Children's Books | Among the Hidden by Margaret H | soft cover | | 421 | 1.75 |
| Children's Books | Poney Pals, The Baby Pony | soft cover | | 385 | 2.00 |
| Children's Books | The Campfire Sleepover, by Shar | soft cover | | 397 | 2.00 |
| Children's Books | The California Gold Rush by May | soft cover | | 430 | 2.25 |
| Children's Books | The Happy Hollisters and the Pu | hardback | vintage | 401 | 2.50 |
| Children's Books | I Love My Mommy Because..... | board book | | 408 | 2.50 |
| Children's Books | Boston Jane, An Adventure | soft cover | | 394 | 2.50 |
| Children's Books | Becoming Naomi Le'on | soft cover | | 439 | 2.50 |
| Children's Books | Moon Tiger by Phyllis Root | hardback | | 405 | 2.50 |
| Children's Books | Matilda by Roald Dahl | soft cover | | 395 | 2.50 |
| Children's Books | A Wind in the Door by L'engle | soft cover | | 411 | 2.50 |
| Children's Books | Yolanda's Genius by Carol Fenne | soft cover | | 412 | 2.50 |
| Children's Books | Only the Names Remain, Trail of | hardback | | 414 | 2.50 |
| Children's Books | I'll Always Love You by Hans Wi | hardback | | 406 | 2.75 |
| Children's Books | Dinny and Dreamdust | hardback | | 404 | 3.25 |
| Children's Books | Lilly's Purple Plastic Purse | hardback | | 393 | 3.25 |
| Children's Books | The Giving Tree, by Shel Silver | hardback | | 396 | 3.50 |
| Children's Books | Cheyenne Again, by Eve Bunting | hardback | | 399 | 3.50 |
| Children's Books | High Courage by C.W.Anderson | hardback | | 387 | 3.75 |
| Children's Books | Little Pig's Picnic and Other | hardback | | 389 | 4.00 |

Case 20-12130-t11    Doc 1    Filed 11/08/20    Entered 11/08/20 08:29:41 Page 20 of 61

# Kit Carson Home & Museum
## Inventory Valuation on 10/29/2020

| Department | Item Name | Attribute | Size | Item # | Ext Cost |
|---|---|---|---|---|---|
| Children's Books | North American Indian Ceremonei | soft cover | | 415 | 4.00 |
| Children's Books | Grand Canyon by Patrick Cone | soft cover | | 424 | 4.00 |
| Children's Books | "Where did you go?" "Out" "What | hardback | | 391 | 4.00 |
| Children's Books | How Roland Rolls, by Jim Carrey | hardback | | 400 | 4.25 |
| Children's Books | Calamity & Belle, with Mementos | hardback | | 423 | 4.25 |
| Children's Books | Haroun and the Sea of Stories | soft cover | | 425 | 4.50 |
| Children's Books | The Land of the Long White Clou | hardback | | 398 | 5.00 |
| Children's Books | The Wind in the Willows | soft cover | | 410 | 5.00 |
| Children's Books | The Wild, Wild Southwest, by Je | soft cover | | 437 | 5.00 |
| Children's Books | Kayum by Pintado and Lopez | soft cover | | 429 | 5.00 |
| Children's Books | Bent's Fort, Crossroads of Cult | hardback | | 417 | 5.50 |
| Children's Books | El Libro Peligroso para Los Chi | hardback | | 422 | 6.50 |
| Children's Books | Anna's Book | hardback | | 390 | 6.50 |
| Children's Books | Frank Llotd Wright for Kids | soft cover | | 382 | 7.50 |
| Children's Books | Parker's Colt, a Novel of NM | soft cover | | 409 | 7.50 |
| Children's Books | Good Night New Mexico | board book | | 105 | 7.98 |
| Children's Books | There's No Such Place As Far Aw | hardback | | 427 | 8.50 |
| Children's Books | Sisters in Blue, Sor Maria de A | hardback | | 403 | 10.00 |
| Children's Books | Nature's Yucky! the Eastern U.S | | | 426 | 12.00 |
| Children's Books | Madeline's Book Collection | box set | | 380 | 12.50 |
| Children's Books | Pollwiggle's Progress by Bronso | hardback | collectable | 388 | 20.00 |
| **Children's Books** | | | | | **213.48** |
| | | | | | |
| Chocolate | Chocolate Danbury | | | 116 | 0.00 |
| **Chocolate** | | | | | **0.00** |
| | | | | | |
| clothing | Knit Hat, Blue/Green/Brown | blue | | 540 | 0.00 |
| clothing | Fancy Hand-made SW Vest | leather | | 150 | 0.00 |
| clothing | Indian Blanket Vest, | fabric | | 676 | 0.00 |
| clothing | Tee-shirt | | | 117 | 0.00 |
| clothing | Double Hook Leather Belt | leather | woman's | 593 | 2.50 |
| clothing | Alligator Leather Belt Brown | leather | woman's | 594 | 5.00 |
| clothing | Woven Leather Belt w/silver buc | silver buckl | woman's | 592 | 6.00 |
| clothing | Leather Belt w/Silver Animals | leather | small | 595 | 6.50 |
| clothing | Fuzzy Black Headband | black | | 551 | 7.50 |
| clothing | Fuzzy Black Slouch Hat | black | | 547 | 7.50 |
| clothing | Blue/Green Beanie Knit | green | | 552 | 7.50 |
| clothing | Evolution of Man Tee 3X | light blue | 3x | 484 | 7.50 |
| clothing | Concho Belt Red Leather | concho | small | 637 | 7.50 |
| clothing | Grey Blue Knit Cap | blue | | 553 | 7.50 |
| clothing | Knit Hat, Cream/Red | cream | | 545 | 8.50 |
| clothing | Black Slouch Beanie | black | | 544 | 9.00 |
| clothing | KCHM T-Shirt wms XL light blue | Woman's XL | XL | 476 | 9.00 |
| clothing | Vintage Patagonia Hat, Green | green | | 549 | 10.00 |
| clothing | Knit Hat, Olive | olive | | 542 | 10.00 |
| clothing | Wool Knit Barrett, Brown | brown | | 550 | 10.00 |
| clothing | Gloves, Brown Alpaca | brown | | 556 | 12.50 |
| clothing | Black Berrett, Tolosa & Tupida | black | | 546 | 12.50 |
| clothing | Knit Hat Grey/Green Church Ladi | grey/green | | 536 | 12.50 |
| clothing | Knit Hat, Rainbow Sparkel | rainbow | | 537 | 12.50 |
| clothing | Dark Brown Fox Ladies Hat | | fox fir | 490 | 12.50 |
| clothing | Slouch Beanne, Cream | cream | | 543 | 12.50 |
| clothing | Knit Hat, Blue | blue | | 541 | 12.50 |
| clothing | Knit Beanie, | purple | | 548 | 12.50 |
| clothing | Knit Hat, Black/Neon Fuzzy | black | | 538 | 12.50 |
| clothing | Knit Hat, Brown | brown | | 539 | 12.50 |
| clothing | Fun Neckties | fabric | | 764 | 15.00 |
| clothing | KCHM T-Shirt wms L lt blue | Women's | large | 478 | 18.00 |
| clothing | Knit Hat, Wool | misc | | 554 | 62.50 |
| clothing | KCHM T-Shirt 2XL greenblue | greenblue | 2XL | 480 | 63.00 |
| clothing | KCHM T-Shirt 2XL lt blue | light blue | 2XL | 479 | 63.00 |
| clothing | KCHM T-Shirt wms S light blue | Woman's | small | 477 | 90.00 |
| clothing | KCHM Hat, Grey, Printed | grey | ajustable | 485 | 126.00 |
| clothing | Vintage Clothing | | | 729 | 240.00 |
| **clothing** | | | | | **924.00** |
| | | | | | |
| DVD | An Introduction to Bless Me | Audio CD | | 432 | 2.50 |

# Kit Carson Home & Museum
## Inventory Valuation on 10/29/2020

| Department | Item Name | Attribute | Size | Item # | Ext Cost |
|---|---|---|---|---|---|
| DVD | The Jane Austen Collection | box set | | 369 | 10.00 |
| DVD | The Cronicles of Narnia DVD set | box set | | 370 | 14.00 |
| DVD | The Adventures of Kit Carson TV | TV Clasics | | 198 | 30.00 |
| DVD | | | | | 56.50 |
| | | | | | |
| Gift Shop | 2.5" Arrowhead | | 2.5" | 148 | (1.00) |
| Gift Shop | Talavera Placemats | | | 121 | 0.00 |
| Gift Shop | Rave Navajo Rug | fabric | 5x5 | 938 | 0.00 |
| Gift Shop | Vintage Mexican Clayware, 2 | | | 880 | 0.00 |
| Gift Shop | Singing Angel w/Songbook | ceramic | | 788 | 0.00 |
| Gift Shop | Vintage Mexican-as-is | | | 882 | 0.00 |
| Gift Shop | Stone Crock-small | | | 883 | 0.00 |
| Gift Shop | Wood & Stone inlay knife | knife | | 695 | 0.00 |
| Gift Shop | Tourists salt and pepper set | | 4" set of 2 | 452 | 0.00 |
| Gift Shop | Pottery Bowl | | 6 inch | 949 | 0.00 |
| Gift Shop | Local Sage Smudge Stick | | | 889 | 0.00 |
| Gift Shop | Allen Lensatic Compass | on card | | 605 | 0.00 |
| Gift Shop | Guatamala woven Bag | | 4x5 | 851 | 0.00 |
| Gift Shop | STATUETE | | | 917 | 0.00 |
| Gift Shop | Bowl Peppers | | | 905 | 0.00 |
| Gift Shop | Arroyo Seco print | | | 955 | 0.00 |
| Gift Shop | Vintage Mexican Clayware | | | 879 | 0.00 |
| Gift Shop | Fiesta Black Felt Hat S | | | 891 | 0.00 |
| Gift Shop | White "Enjoy the Journey" Pitch | ceramic | medium | 596 | 0.00 |
| Gift Shop | Blue Bowl | | | 893 | 0.00 |
| Gift Shop | Bufflo Spoon Ornament | | | 952 | 0.00 |
| Gift Shop | Leather Bracelet, Liberty Coin | leather | M | 689 | 0.00 |
| Gift Shop | donation | | | 874 | 0.00 |
| Gift Shop | Vintage Basket w/lid | | | 884 | 0.00 |
| Gift Shop | Talavera Coasters | | | 120 | 0.00 |
| Gift Shop | postage stamps | | | 947 | 0.00 |
| Gift Shop | Binoculars Wilderness | | | 10001 | 0.00 |
| Gift Shop | Large Glass Cross | glass | | 792 | 0.00 |
| Gift Shop | La Fonda Poster, Eagle Dancer | poster | 24x36" | 672 | 0.00 |
| Gift Shop | Wood Post Lamp w/Rawhide Sha | wood | large | 668 | 0.00 |
| Gift Shop | Pueblo Story-Teller 3 Kid | painted | large | 583 | 0.00 |
| Gift Shop | old milk bottles 1/2 pint | | | 953 | 0.00 |
| Gift Shop | Indian Basket 10 inch | | 10 inch | 951 | 0.00 |
| Gift Shop | Clay jug | | | 948 | 0.00 |
| Gift Shop | 6 piece Pueblo village set | 6 piece set | | 451 | 0.00 |
| Gift Shop | White boots Tecnica | | 39 | 954 | 0.00 |
| Gift Shop | Micaceous clay StoryTeller 4Fox | | medium | 588 | 0.00 |
| Gift Shop | Mimbres Indian decorated Mug | black on whi | | 502 | 0.00 |
| Gift Shop | Copper Bowl 10" round | copper | 10" | 607 | 0.00 |
| Gift Shop | KCHM Mouse Pad | tan | 8x9" | 600 | 0.00 |
| Gift Shop | H. Upmann Cigar Box wood | wood | | 468 | 0.00 |
| Gift Shop | Glass Bluebird of Happiness | glass | | 639 | 0.00 |
| Gift Shop | 150ml Glass Topped Jar | glass | 4x4" | 610 | 1.25 |
| Gift Shop | Snowflake Star Paper Box | cardboard | 3x3" | 623 | 1.25 |
| Gift Shop | Rulers of the North | wood | 12" | 809 | 1.25 |
| Gift Shop | Flint Stones,(meet the Flintsto | stone | | 700 | 1.50 |
| Gift Shop | Squat Glass Inkwell | glass | 2" | 616 | 1.50 |
| Gift Shop | Plastic Zebra Horse | | | 775 | 1.75 |
| Gift Shop | Very Old Glass Inkwell | glass | 2.5" | 629 | 1.75 |
| Gift Shop | 4.5" Orange Gourd Decoration | ceramic | 4.5" | 597 | 2.00 |
| Gift Shop | Squirrel, Cast Resin | | | 793 | 2.00 |
| Gift Shop | Two Horses Salt Shacker 1 | ceramic | 3" | 626 | 2.00 |
| Gift Shop | Magnetic Fox Chip Clip | clip | 2x2 | 604 | 2.00 |
| Gift Shop | Indian Style Wall Pot, small | ceramic | small | 650 | 2.00 |
| Gift Shop | Cast Resin Rabbit House Small | | small | 617 | 2.25 |
| Gift Shop | Bunny w/Carrot Painted Figurine | vintage | 7" | 640 | 2.50 |
| Gift Shop | Small Matted Photo Moutians | | 8x10 | 171 | 2.50 |
| Gift Shop | Weighted Bottom Shot Glass | glass | 3" | 609 | 2.50 |
| Gift Shop | Kritter Clips | | small | 808 | 2.50 |
| Gift Shop | Wood Folk Art Owl 7" | wood | 7" | 621 | 2.50 |
| Gift Shop | Metal Leif & Glass Voltive Hold | metal/glass | 2x3x2" | 628 | 2.50 |
| Gift Shop | Plastic Toy Horse | | | 772 | 2.50 |

# Kit Carson Home & Museum
## Inventory Valuation on 10/29/2020

| Department | Item Name | Attribute | Size | Item # | Ext Cost |
|---|---|---|---|---|---|
| Gift Shop | Chef Kitchen Timer | | 4" | 453 | 3.00 |
| Gift Shop | Folding Opera Glasses | | | 799 | 3.00 |
| Gift Shop | Oyster Mushroom Salt, Artisanal | | 2x2" | 608 | 3.50 |
| Gift Shop | Wood Mexican Ox Cart Painted | wood | 7x5" | 634 | 3.50 |
| Gift Shop | Cheese & Wine Pitcher,Painted | ceramic | 6" | 665 | 3.50 |
| Gift Shop | Mexican Ox Cart Wood Miniture | wood | 4.5" | 635 | 3.75 |
| Gift Shop | Tall Yellow Coffee Cup Painted | ceramic | 6" | 631 | 3.75 |
| Gift Shop | Rooster Bowl 8" | ceramic | 8" | 614 | 3.75 |
| Gift Shop | Pipe Smoker Brass Coat Hook | brass | 4" | 622 | 3.75 |
| Gift Shop | Peace Dove, Lighted | battery powe | small | 615 | 3.75 |
| Gift Shop | Santa Fe Trail Map | map | small | 925 | 3.75 |
| Gift Shop | Rodeo Rider Cast Figure | | | 774 | 3.75 |
| Gift Shop | Tullamore SS Tankard | | | 505 | 4.00 |
| Gift Shop | tin mugs | | | 846 | 4.00 |
| Gift Shop | Handmade Bowls | | | 881 | 4.25 |
| Gift Shop | Star Crystal pendant | glass | 3 inch | 961 | 4.50 |
| Gift Shop | Pumpkin Pitcher w/Vines | ceramic | large | 646 | 4.50 |
| Gift Shop | Kit Carson Soap | | | 497 | 4.50 |
| Gift Shop | Vintage White Pitcher w/Flowers | ceramic | 6" | 613 | 4.50 |
| Gift Shop | Blue Stripe Earthenware Cup | ceramic | | 658 | 4.50 |
| Gift Shop | Folk art Prari Woman on cardboa | art | 5x9" | 442 | 5.00 |
| Gift Shop | Inlayed Wood Box, Large | wood | large | 699 | 5.00 |
| Gift Shop | Shoes and Books Trinket Box | resin | | 619 | 5.00 |
| Gift Shop | Inlayed Wood Box, Medium | wood | medium | 698 | 5.00 |
| Gift Shop | Cowboy Chaps Salt & Pepper set | ceramic | 2 | 620 | 5.00 |
| Gift Shop | Mini Mexican Hat, black | black | | 467 | 5.00 |
| Gift Shop | Wood Coco Spinner | wood | large | 655 | 5.00 |
| Gift Shop | Earthenware Pot, Tan Medium | ceramic | 6" | 642 | 5.00 |
| Gift Shop | Pfritgraf Yorktown Pitcher 414Y | ceramic | medium | 649 | 5.00 |
| Gift Shop | High Heel Eye Glass Holder | ceramic | | 618 | 5.00 |
| Gift Shop | Angel w/Lute Candle Holder | ceramic | | 790 | 5.00 |
| Gift Shop | Smashed Penny | copper | | 956 | 5.00 |
| Gift Shop | Ben's Chilli Art | | | 935 | 5.00 |
| Gift Shop | Hand-Carved Stone Fox | tan | 3" | 579 | 5.00 |
| Gift Shop | Telescope | paper | 11 inch | 942 | 5.00 |
| Gift Shop | Numi Stiches Wood Box | wood | | 471 | 5.00 |
| Gift Shop | Montserrat Olive Dish | pottery | 6 inch | 960 | 5.50 |
| Gift Shop | Black & Gold Art Deco Woman | | | 776 | 6.00 |
| Gift Shop | Pint Glass Milk Bottle | glass | 6" | 611 | 6.00 |
| Gift Shop | Burl Wood Cross | | | 786 | 6.00 |
| Gift Shop | Mini Brass Cowboy Boots | metal | 3" | 632 | 6.25 |
| Gift Shop | White Stripe Earthenware Bowl | ceramic | 6" | 659 | 6.50 |
| Gift Shop | Inlayed Wood Box, Small | wood | small | 697 | 6.75 |
| Gift Shop | Native Scents Incense Sticks | incense | 10 pack | 638 | 7.00 |
| Gift Shop | Brown Finger bowl | | 2" | 568 | 7.50 |
| Gift Shop | Cowboy hat Earrings & locket | metal | | 797 | 7.50 |
| Gift Shop | Peter & Pauly Rabbit Figurine T | set of 2 | 12" | 641 | 7.50 |
| Gift Shop | Antler Candle Holder | | | 785 | 7.50 |
| Gift Shop | Love Angel Earrings&locket | metal | | 798 | 7.50 |
| Gift Shop | Tall Thom Wheeten Coffee Cup | ceramic | 6" | 633 | 7.50 |
| Gift Shop | Matted Wolf Photo | | 8x12 | 172 | 7.50 |
| Gift Shop | Huipil Handbag | | 12x12 | 852 | 7.50 |
| Gift Shop | Ceramic Chilli picture frame | | 6  1/2 X 8 | 950 | 7.50 |
| Gift Shop | Pine Cross w/Cast Dove | | | 787 | 7.50 |
| Gift Shop | Blue Stripe Earthenware Caniste | ceramic | medium | 657 | 7.50 |
| Gift Shop | Micaceous clay StoryTeller 2fox | | 2 fox small | 585 | 7.50 |
| Gift Shop | clearence T-shirt | | 3x | 878 | 7.50 |
| Gift Shop | Mini Painted Wedding Vase | ceramic | 3x3" | 624 | 7.50 |
| Gift Shop | Wood Burl Book Holder | wood | large | 656 | 7.50 |
| Gift Shop | Rooster, 2 Trees Pitcher, paint | ceramic | large | 664 | 8.00 |
| Gift Shop | skeliton wood cross | | | 943 | 8.00 |
| Gift Shop | Tin Cup | | | 504 | 8.50 |
| Gift Shop | Earthenware Creamer 5" | ceramic | 5" | 599 | 8.50 |
| Gift Shop | Pressed Glass Cream Pitcher | glass | medium | 630 | 8.50 |
| Gift Shop | Guatalama Coin purse | | 4x5 | 853 | 9.00 |
| Gift Shop | Flat Bear Zuni Fetish | | 2" | 580 | 9.00 |
| Gift Shop | Liberian Cast Figures 2 | tan | 3" | 577 | 9.50 |

# Kit Carson Home & Museum
## Inventory Valuation on 10/29/2020

| Department | Item Name | Attribute | Size | Item # | Ext Cost |
|---|---|---|---|---|---|
| Gift Shop | Coaster Stones 4 Pack | set of 4 | 4" | 591 | 10.00 |
| Gift Shop | Micaceous clay StoryTeller med. | 2 fox | medium | 586 | 10.00 |
| Gift Shop | Micaceous clay StoryTeller 5Fox | | medium | 589 | 10.00 |
| Gift Shop | Clay Xmas Angel candle holder | pottery | 10" | 448 | 10.00 |
| Gift Shop | Water | | 500ml | 921 | 10.00 |
| Gift Shop | Modern Art Watering Can SS | ss | | 730 | 10.00 |
| Gift Shop | Klip Tips, Grey | grey | small | 530 | 10.00 |
| Gift Shop | White Stripe Earthenware Bowl 8 | ceramic | 8" | 660 | 10.00 |
| Gift Shop | 2" Arrowhead | | 2" | 855 | 10.00 |
| Gift Shop | Clay Angel w/Horn 9.5" | ceramic | 9.5" | 625 | 10.00 |
| Gift Shop | North American Binoculars | green | | 603 | 10.00 |
| Gift Shop | Local Juniper Smudge Stick | | | 888 | 10.00 |
| Gift Shop | Glased Clay Large Pitcher | ceramic | large | 645 | 10.00 |
| Gift Shop | Vintage Dreamcatcher LG | | | 890 | 10.00 |
| Gift Shop | Earthenware 3 lobe jug | | 8" tall | 924 | 10.00 |
| Gift Shop | 3-huggy bear | | | 937 | 10.00 |
| Gift Shop | Fire Making Kit | kit | | 726 | 10.00 |
| Gift Shop | vintage copper candlestick | | | 850 | 11.00 |
| Gift Shop | Folk art: Amish Horse and Buggy | flat | | 446 | 11.25 |
| Gift Shop | Blown Glass Table Lamp | glass | small | 666 | 11.50 |
| Gift Shop | Placemat Carry Bag | fabric | medium | 701 | 12.00 |
| Gift Shop | copper vase | | | 849 | 12.00 |
| Gift Shop | Cut Steel Napkin & Toothpick Ho | metal | | 794 | 12.50 |
| Gift Shop | Blue Jean Shoulder Bag | fabric | | 636 | 12.50 |
| Gift Shop | Feistaware Salt & Pepper Set | vintage | set of 2 | 520 | 12.50 |
| Gift Shop | Short Blue Flower pot | blue | 6" Dia. | 469 | 12.50 |
| Gift Shop | Voltive Reflector candle holder | set of 2 | 6" | 507 | 12.50 |
| Gift Shop | Doll, Rag with Red Hair & Coat | cloth | | 932 | 12.50 |
| Gift Shop | Pewter Little Girl Candle Holde | pewter | 4.5" | 627 | 12.50 |
| Gift Shop | Micaceous Fox StoryTeller 5 | 5 fox | large | 590 | 12.50 |
| Gift Shop | Old Timey Doll Rocking Chair | wood | large | 654 | 12.50 |
| Gift Shop | Wood/Metal Turkey Cheese Boar | wood/metal | 9x9" | 598 | 12.50 |
| Gift Shop | Indian stone Hammer 18" | | 18" | 445 | 12.50 |
| Gift Shop | Earthenware Covered Pot"Paubell | ceramic | medium | 647 | 12.50 |
| Gift Shop | Pennypalz- pendant | | | 946 | 12.50 |
| Gift Shop | White Stripe Earthenware Bowl 1 | ceramic | 10" | 661 | 12.50 |
| Gift Shop | Fur and Rinestone bracelett | leather | | 963 | 12.50 |
| Gift Shop | Farm House Annie Doll | fabric | large | 652 | 12.50 |
| Gift Shop | Leather Bracelet, w/Pesos | leather | M | 686 | 13.00 |
| Gift Shop | Leather Bracelet, Flower | leather | M | 685 | 13.00 |
| Gift Shop | Leather Bracelet, Vine w/Flower | leather | M | 687 | 13.00 |
| Gift Shop | 3-D Horse Silouette | | | 892 | 13.00 |
| Gift Shop | rectangular moose tray | | 6x12 | 959 | 13.50 |
| Gift Shop | Guatamala small coin purse | | 3x4 | 854 | 13.50 |
| Gift Shop | Punched Copper Wall Sconce | tin | 11" | 644 | 13.75 |
| Gift Shop | Woodland Animal Spinners | toy top | | 138 | 14.00 |
| Gift Shop | La Fonda Poster, Buffalo Dancer | poster | 24x36" | 673 | 15.00 |
| Gift Shop | Bottled Water | | | 908 | 15.00 |
| Gift Shop | Pueblo Story-Teller 2 Kid | painted | medium | 582 | 15.00 |
| Gift Shop | Pennypalz Black Bear | | | 944 | 15.00 |
| Gift Shop | mask | | | 909 | 15.00 |
| Gift Shop | Green River Paring Knife | knife | | 696 | 17.00 |
| Gift Shop | Cane Seat Double Rocker 4/Doll | wood | medium | 653 | 17.50 |
| Gift Shop | Chocolate Disk | | 3" | 506 | 17.50 |
| Gift Shop | "the First Americains" figurine | | 8" | 443 | 17.50 |
| Gift Shop | African Hardwood Morter and Pes | wood | 6" | 449 | 17.50 |
| Gift Shop | 2 Inch Indian Pot, decorated | brown | 2" | 578 | 17.50 |
| Gift Shop | E. Jenkins Pillow | cloth | 18x18" | 919 | 17.50 |
| Gift Shop | Cedar Bundles | | 8" | 643 | 18.00 |
| Gift Shop | Kit Carson Hand Lotion | | 8 oz. | 500 | 18.00 |
| Gift Shop | Pepper Sun catcher | | | 894 | 18.00 |
| Gift Shop | Navajo-made Mini-Kachinas | | 3" | 567 | 18.75 |
| Gift Shop | Stanley London Brass Compass | brass | small | 692 | 19.00 |
| Gift Shop | Farm Disk Spacer w/Brands | iron | large | 651 | 19.00 |
| Gift Shop | Hototo Kachina by E.Hardy | Kachina | 7" | 457 | 20.00 |
| Gift Shop | Dream Catcher 6 inch 6 feathers | 6 feathers | 6 inch | 310 | 20.00 |
| Gift Shop | Antelope Dancer Kachina 9" | Katchina | 9" | 440 | 20.00 |

Page 10

# Kit Carson Home & Museum
## Inventory Valuation on 10/29/2020

| Department | Item Name | Attribute | Size | Item # | Ext Cost |
|---|---|---|---|---|---|
| Gift Shop | Micaceous clay StoryTeller 3Fox | fox | medium | 587 | 20.00 |
| Gift Shop | Placemat printed | fabric | | 913 | 21.00 |
| Gift Shop | copper urn with bail | | | 848 | 22.00 |
| Gift Shop | copper pitcher | | | 847 | 22.00 |
| Gift Shop | Model T Ford Horn,Brass no bulb | brass | | 493 | 22.50 |
| Gift Shop | Zuni Stone Bear Fetish turqiose | turqiose/ gr | 1.25 | 573 | 22.50 |
| Gift Shop | Framed rock Art Print | | | 174 | 22.50 |
| Gift Shop | Jug Lamp w/Straw Shade | ceramic | large | 667 | 22.50 |
| Gift Shop | 3D, 2 Hoop Dream Catcher | 3D | 7x7 | 311 | 22.50 |
| Gift Shop | Beaded Coin Purse | beaded | 3x5" | 535 | 24.00 |
| Gift Shop | Josefa Carson Hand Lotion | | 8 oz. | 499 | 24.00 |
| Gift Shop | Chicken & Rooster S&P set | | | 514 | 25.00 |
| Gift Shop | copper urn | | | 843 | 25.00 |
| Gift Shop | Brass Toy Rocking Horse | brass | 6" | 648 | 25.00 |
| Gift Shop | Pueblo Story-Teller 1Kid | painted | 2.5" | 581 | 25.00 |
| Gift Shop | Leather Bracelet, PaintedFlower | leather | M | 688 | 26.00 |
| Gift Shop | Hammered Copper Napkin Rings | copper | | 789 | 27.50 |
| Gift Shop | Zuni Stone Bear Fetish Blue 1.5 | blue | 1.5" | 572 | 30.00 |
| Gift Shop | Cholla Candle Holder w/Wood Ba | wood | | 783 | 30.00 |
| Gift Shop | Zuni Stone Bear Fetish gr.1.5" | grey | 1.5" | 570 | 30.00 |
| Gift Shop | Chilli Salt and Pepper Set | red/green | | 513 | 30.00 |
| Gift Shop | Pennypalz Bison | | | 945 | 30.00 |
| Gift Shop | Zuni Rain Priest Kachina 12" | Kachina | 12" | 447 | 30.00 |
| Gift Shop | Zuni Stone Bear Fetish deep blu | deep blue | 1.25" | 571 | 30.00 |
| Gift Shop | Chocker Kit, Missouri River | kit | | 693 | 30.00 |
| Gift Shop | Josefa Carson Soap | | | 498 | 31.50 |
| Gift Shop | Bear, Soapstone, Randy Roughfa | stone | | 931 | 32.50 |
| Gift Shop | Indain Bowl 8 inch | ceramic | | 923 | 32.50 |
| Gift Shop | Barlow Pocket Knife | knife | | 691 | 36.00 |
| Gift Shop | Zuni Stone Bear Fetish Gray | | 2" | 569 | 37.50 |
| Gift Shop | Zuni Horse Fetish Turquoise | Turquoise | 1.75" | 574 | 37.50 |
| Gift Shop | Blue Mission rap photo canvas | | | 957 | 37.50 |
| Gift Shop | Fossel Stone Ram 1.25" | grey/white | 1.25" | 575 | 37.50 |
| Gift Shop | Lensatic Sighting Compass | | | 910 | 39.96 |
| Gift Shop | GWHole Compass green w/case | w/case | | 606 | 40.00 |
| Gift Shop | Greeting Card, La Fonda Prints | w/envelope | 5 x 7 | 487 | 42.00 |
| Gift Shop | Indian Weaver w/Loom | | | 780 | 42.50 |
| Gift Shop | Kit Carson SS Travel Mug | | | 508 | 44.00 |
| Gift Shop | La Fonda Poster, Spanish Dancer | poster | 24x36 | 671 | 45.00 |
| Gift Shop | Sue Smart Vintage Santa | doll | 14" | 679 | 45.00 |
| Gift Shop | Morning Singer Katchina 11" | Kachina | 11" | 455 | 47.00 |
| Gift Shop | La Fonda Map Poster | | | 916 | 48.00 |
| Gift Shop | Large Tan Cracked-glaséd Pot | | 11" Dia. | 521 | 50.00 |
| Gift Shop | Tall 3 kid Story-teller | painted | tall | 584 | 50.00 |
| Gift Shop | Stone Eagle, Randy Roughface | stone | | 930 | 55.00 |
| Gift Shop | Henois Clown Dancer Kachina | Kachina | 16" | 456 | 55.00 |
| Gift Shop | La Fonda Poster, Navajo Man | poster | 24x36" | 674 | 60.00 |
| Gift Shop | Stone Horse and Rider, R Rough | stone | | 928 | 60.00 |
| Gift Shop | Stone Eagle Mask, R.Roughface | stone | | 929 | 62.50 |
| Gift Shop | Birtch Branch Tall Lamp | wood | large | 669 | 62.50 |
| Gift Shop | Leather Braclet, Indian Symbols | leather | M | 690 | 65.00 |
| Gift Shop | KCHM coffee Mug | black on whi | | 501 | 67.50 |
| Gift Shop | Mountain Man Tea Bricks | | | 503 | 67.50 |
| Gift Shop | blank cards Iris Photoby John | | | 470 | 71.25 |
| Gift Shop | Woodland Spinners, toy top | wood | 3" dai. | 812 | 71.75 |
| Gift Shop | Men's T-Shirt | | | 875 | 72.00 |
| Gift Shop | The Water Protector Kachina 8" | Kachina | 8" | 441 | 75.00 |
| Gift Shop | Large Red-brown Zuni Fetish | red/brown | 3.25" | 576 | 75.00 |
| Gift Shop | Skookum Bully Good Doll | doll | 10.5 inch | 918 | 75.00 |
| Gift Shop | Zuni LGBrownish Red Bear Fetish | | | 815 | 75.00 |
| Gift Shop | Water Vessel, Buck Remero | ceramic | medium | 663 | 80.00 |
| Gift Shop | Buck Romero Water Vessel | | | 887 | 80.00 |
| Gift Shop | Inlayed Pocket Knife, Santa Fe | knife | | 694 | 82.50 |
| Gift Shop | Whirligigs, wood tops | wood | 3" dia. | 811 | 84.00 |
| Gift Shop | 5 Post Cards | card | 5x6 | 813 | 89.00 |
| Gift Shop | Four Corners Map, G.Cassidy | poster | 24x36 | 675 | 90.00 |
| Gift Shop | 4 Feathers Drum Sioux 13" | | 13" | 444 | 99.00 |

# Kit Carson Home & Museum
## Inventory Valuation on 10/29/2020

| Department | Item Name | Attribute | Size | Item # | Ext Cost |
|---|---|---|---|---|---|
| Gift Shop | Micaeous Clay/ Buck Romero | | | 886 | 100.00 |
| Gift Shop | Wedding Vase, Buck Remero | ceramic | 8" | 662 | 100.00 |
| Gift Shop | Youth T-shirt | | | 877 | 126.00 |
| Gift Shop | Women's T-shirt | | | 876 | 136.00 |
| Gift Shop | Sandpainted vases | | | 926 | 144.00 |
| Gift Shop | Large Painted Vase Woman's Fac | | 16" tall | 522 | 162.50 |
| Gift Shop | Sitcker, KCHM | | 3" | 915 | 175.00 |
| Gift Shop | Sand Painted Taos Ornaments | | | 814 | 216.00 |
| Gift Shop | Kit Carson Patch | | | 914 | 225.00 |
| Gift Shop | Kit Carson Portrait Magnet | Magnet | | 509 | 261.00 |
| Gift Shop | KCHM Summer Magnet | Magnet | | 511 | 267.00 |
| Gift Shop | KCHM Winter Magnet | Magnet | | 512 | 273.00 |
| Gift Shop | Kit Carson Stamp Magnet | Magnet | | 510 | 294.00 |
| Gift Shop | NM State Ornament | | | 885 | 308.00 |
| **Gift Shop** | | | | | **7,207.21** |
| | | | | | |
| Historical | Tin Cup 12 oz | | | 128 | 0.00 |
| Historical | knife 5" buffalo skinner | | | 126 | 0.00 |
| Historical | Knife 5" Hunter Green river | | | 127 | 0.00 |
| Historical | Green river paring knife 3 1/4" | | | 125 | 0.00 |
| Historical | Brass Compass w/loop | | | 123 | 0.00 |
| Historical | Flint and Steel Kit | | | 124 | 0.00 |
| **Historical** | | | | | **0.00** |
| | | | | | |
| Jewelery | Antique 2 strand Blue necklace | | | 829 | 0.00 |
| Jewelery | 7 Strand Heishi Nacklace | | | 818 | 0.00 |
| Jewelery | 5 Strand Heishi Necklace | | | 131 | 0.00 |
| Jewelery | Dyed Abalone Shell Bracelet | shell | | 708 | 9.00 |
| Jewelery | Beaded Embrodered Bracelet | fabric | women's | 702 | 12.50 |
| Jewelery | Leather and Lace Bracelet | leather | women's | 704 | 16.00 |
| Jewelery | Hammered Copper & Brass Brace | copper | women's | 706 | 22.50 |
| Jewelery | Hammered Copper Bracelet | copper | | 705 | 25.00 |
| Jewelery | Pipestone Reconstitued Torquois | Torquoise | | 968 | 29.00 |
| Jewelery | Money Clip Stainless Steel | ss | | 709 | 30.00 |
| Jewelery | Spiney Oyster Necklace | | | 969 | 31.00 |
| Jewelery | Spinny Oyster 1 strand Necklac | | 20" | 819 | 35.00 |
| Jewelery | Green TranslucentStone Necklac | | | 132 | 35.00 |
| Jewelery | 3 Strand Treasure Necklace | | | 970 | 35.00 |
| Jewelery | Kingman Tur/bead Necklace | | 24" | 817 | 37.50 |
| Jewelery | 32 Strand Glass bead Necklace | | | 129 | 52.50 |
| Jewelery | Antique Bead Necklace | | | 130 | 60.00 |
| Jewelery | Twisted Copper Bracelet | copper | | 707 | 60.00 |
| Jewelery | Large Stone Turquoise Necklace | Torquoise | | 967 | 62.50 |
| Jewelery | 5 Strand Turquoise Necklace | Turquoise | | 964 | 90.00 |
| Jewelery | Double Fox Turquoise Necklace | Turquoise | | 965 | 125.00 |
| Jewelery | 8 Strand Turquoise Necklace | Turquoise | | 966 | 132.50 |
| **Jewelery** | | | | | **900.00** |
| | | | | | |
| Jewelry | Jet/Turq/Silver Bracalette | | | 903 | 0.00 |
| Jewelry | Turq/Jet/Silver Butterfly pin | | | 900 | 0.00 |
| Jewelry | 3 Strand Torquois Necklace | | 3 Strand | 725 | 0.00 |
| Jewelry | Carved Silver Band Ring | | men's | 719 | 0.00 |
| Jewelry | Pink Bear Earrings | pair | | 740 | 0.00 |
| Jewelry | Ear of Corn Pin | | | 897 | 0.00 |
| Jewelry | Earrings, Multi-Stone | pair | pair | 752 | 0.00 |
| Jewelry | Catipillar Pin-coral and Turq | | | 898 | 0.00 |
| Jewelry | Gold/copper cube Earring | | | 868 | 0.00 |
| Jewelry | MCD/Taos earrings | | | 872 | 0.00 |
| Jewelry | Leather Bead Hatband/choker | | | 858 | 0.00 |
| Jewelry | Necklace-cocanut shell | | | 857 | 0.00 |
| Jewelry | Mother of Pearl/Silver Bracalet | | | 902 | 0.00 |
| Jewelry | 9 strand dark seed beads | | | 844 | 0.00 |
| Jewelry | 3 Strand Heishi Necklace | | | 744 | 0.00 |
| Jewelry | 5 Shell Eyeglass Holder | | | 763 | 3.50 |
| Jewelry | olivewood Cross necklace | | | 839 | 4.50 |
| Jewelry | Turq 1 strand braclet | | | 836 | 5.00 |
| Jewelry | Moonstone Ring | | | 713 | 5.00 |

# Kit Carson Home & Museum
## Inventory Valuation on 10/29/2020

| Department | Item Name | Attribute | Size | Item # | Ext Cost |
|---|---|---|---|---|---|
| Jewelry | Mother of Perl Earrings | pair | | 747 | 6.00 |
| Jewelry | Brass Turq Bangle | | | 906 | 6.50 |
| Jewelry | Stone Animal Earrings | pair | | 742 | 7.50 |
| Jewelry | Single Strand Turq Earrings | pair | 9" | 733 | 7.50 |
| Jewelry | Zircon Earrings | | | 860 | 7.50 |
| Jewelry | White Buffalo Earrings | pair | | 741 | 7.50 |
| Jewelry | 3 Stone Turquoise Earrings | pair | | 738 | 7.50 |
| Jewelry | Wire & Glass Choaker | | | 762 | 7.50 |
| Jewelry | 2 Stone Turquoise Earrings | pair | | 739 | 7.50 |
| Jewelry | Abalonie Heart Eyeglass Holder | | | 761 | 7.50 |
| Jewelry | Glass choker | | | 873 | 7.50 |
| Jewelry | leather w/metal charm | | | 838 | 7.50 |
| Jewelry | Blue,Green,Yellow Eyeglass hold | | | 760 | 7.50 |
| Jewelry | Buffalo Fetish necklace | | | 837 | 8.00 |
| Jewelry | 28 strand mulitcolor necklace | | | 834 | 9.00 |
| Jewelry | 3 Cube Turquoise Earrings | pair | | 736 | 10.00 |
| Jewelry | 4 Stone Turquoise Earrings | pair | | 737 | 10.00 |
| Jewelry | Hematite w/Heart Necklace | | | 754 | 10.00 |
| Jewelry | Hematite Necklace w/Dolphin | | | 757 | 10.00 |
| Jewelry | Zig-zag ring | | | 927 | 10.00 |
| Jewelry | Cocktail Ring,Green w/White sto | ring | | 712 | 11.00 |
| Jewelry | Large Cocktail Ring | | | 721 | 11.00 |
| Jewelry | silver TurtleR earring | | | 865 | 12.00 |
| Jewelry | earrings Spiney Oyster/silver | | | 907 | 12.00 |
| Jewelry | Cube stone necklace | | | 870 | 12.00 |
| Jewelry | Blue Stone Necklace | | 12" | 724 | 12.50 |
| Jewelry | Green/Pink Stone Necklace | | 8" | 749 | 12.50 |
| Jewelry | beaded necklace | | | 840 | 15.00 |
| Jewelry | Earrings Red & Blue Stone | pair | | 751 | 15.00 |
| Jewelry | Vintage Clip Earrings | | | 856 | 15.00 |
| Jewelry | Turquoise & Shell Necklace | | 9" | 743 | 16.00 |
| Jewelry | Vintage Brass Earring | | | 862 | 16.00 |
| Jewelry | Child/Pinkee Ring, Turquois | | tiny | 718 | 16.50 |
| Jewelry | Dragonfly Pin | | | 896 | 17.50 |
| Jewelry | Magpie Pin | | | 899 | 17.50 |
| Jewelry | Mother of Perl Bracelet | | | 746 | 18.00 |
| Jewelry | Stone Bead Necklace | | 9" | 748 | 20.00 |
| Jewelry | Green Turquoise necklace | | | 859 | 20.00 |
| Jewelry | Small Arrowhead Necklace | | | 722 | 22.50 |
| Jewelry | Sterling Silver Band Ring | silver | men's | 720 | 22.50 |
| Jewelry | Owl Pin | | | 895 | 22.50 |
| Jewelry | Vintage Coral/Silver braclet | | | 901 | 22.50 |
| Jewelry | Lapis/Silver Earrings | | | 864 | 24.00 |
| Jewelry | vintage 50 strand seedbead neck | | | 842 | 25.00 |
| Jewelry | various jewlrey | | | 867 | 25.00 |
| Jewelry | Seahorse Bolo Tie | | | 768 | 25.00 |
| Jewelry | Indian Maiden Bolo Tie | | | 767 | 25.00 |
| Jewelry | vintage Agate necklace | | | 841 | 25.00 |
| Jewelry | Vintage Ring, Silver&Oynx | | 3/4x3/4 | 714 | 27.50 |
| Jewelry | Green,Shell,Silver Money Clip | | | 711 | 27.50 |
| Jewelry | Vintage silver Earrings | | | 861 | 30.00 |
| Jewelry | Fetish Necklaces | | | 831 | 30.00 |
| Jewelry | Mountian Lion Fetish necklace | | | 830 | 30.00 |
| Jewelry | Medium Turquoise Ring | | | 717 | 32.00 |
| Jewelry | Leather Bracelet Arrowhead Desi | leather | | 703 | 32.00 |
| Jewelry | E.P.S. Costume Jewelry | | | 833 | 32.50 |
| Jewelry | Bear Bolo Tie | | | 766 | 32.50 |
| Jewelry | Faceted Jet 3 strand necklace | | | 845 | 35.00 |
| Jewelry | Turq/Apple Coral necklace | | | 832 | 35.00 |
| Jewelry | U.S.Flag Money Clip | ss | | 710 | 37.50 |
| Jewelry | Silver/turq | | | 866 | 40.00 |
| Jewelry | Large Torquois Ring | | 1x1.5" | 716 | 42.50 |
| Jewelry | Kingman Turquoise Strand Neckl | | 10" | 732 | 45.00 |
| Jewelry | Various Beaded Earring | | | 869 | 45.00 |
| Jewelry | 3 Strand Turquois Necklace | Torquois | | 723 | 47.50 |
| Jewelry | Horse BoLo Tie | | | 765 | 50.00 |
| Jewelry | Hematite Fetish Necklace | | | 755 | 50.00 |

Case 20-12130-t11    Doc 1    Filed 11/08/20    Entered 11/08/20 08:29:41 Page 27 of 61

# Kit Carson Home & Museum
## Inventory Valuation on 10/29/2020

| Department | Item Name | Attribute | Size | Item # | Ext Cost |
|---|---|---|---|---|---|
| Jewelry | Turquoise Stone Bracelet | | | 745 | 52.50 |
| Jewelry | Beaded Loop earring | | | 871 | 52.50 |
| Jewelry | 3 Strand Disk Necklace | disk | | 756 | 52.50 |
| Jewelry | Large Oynx Ring, Vintage | | 1x2.25 | 715 | 53.50 |
| Jewelry | 4 Strand Fortification Agate Ne | | | 758 | 60.00 |
| Jewelry | Silver/turquoise hindged bracle | beautiful | large | 971 | 60.00 |
| Jewelry | 3 Strand Turquoise Necklace sma | 3 strand | 10" | 734 | 60.00 |
| Jewelry | Central American Silver Earring | | | 863 | 75.00 |
| Jewelry | Turquoise 3 Stone Earrings | Turquoise | | 750 | 80.00 |
| Jewelry | spirit of nature earrings | | | 835 | 84.00 |
| Jewelry | Battle MT,NV Trad Neck | | | 816 | 115.00 |
| Jewelry | 3 Strand Spinny Oyster Necklace | | | 753 | 120.00 |
| Jewelry | Large Turquoise Necklace Trad. | | large | 727 | 150.00 |
| Jewelry | 3 Strand Turquoise Necklace | Turquoise | | 728 | 160.00 |
| Jewelry | 4 Strand Turquoise Necklace | | 12" | 735 | 240.00 |
| Jewelry | Single Strand Turquoise Necklac | Turquoise | 10" | 731 | 255.00 |
| Jewelry | Spring Stone Braceletts | stone | | 759 | 270.00 |
| **Jewelry** | | | | | **3,330.00** |
| | | | | | |
| Maps | 1857 Territorail Map | | | 515 | 66.00 |
| Maps | Map of 1857 United States USGS | rolled | | 113632 | 220.00 |
| **Maps** | | | | | **286.00** |
| | | | | | |
| Misc | Ornament Hummingbird | | | 133 | 0.00 |
| Misc | Ornament Lizard | | | 134 | 0.00 |
| Misc | Top- Whirlygig | | | 137 | 0.00 |
| Misc | Ornament Moose | | | 135 | 0.00 |
| Misc | solar powered Flashlight | | | 136 | 0.00 |
| Misc | "Home for Christmas" Card Set | set of 10 | 5x7 | 602 | 2.50 |
| Misc | Pink Vynal Clutch | | | 562 | 3.50 |
| Misc | Wallet, White Hybiskuss on Blue | white/blue | | 557 | 3.50 |
| Misc | Wood Horse Cut-out w/Beads | wood | | 771 | 4.88 |
| Misc | Brown Leather Cheque-Book Cov | leather | | 564 | 5.00 |
| Misc | Phone case, Green,Purple,Orange | | | 558 | 5.00 |
| Misc | Brown Vynal Longhorn Wallet | brown | | 559 | 6.00 |
| Misc | Green Leather Purse, Banana Re | leather | | 561 | 7.50 |
| Misc | Black Leather Card Case | leather | | 563 | 7.50 |
| Misc | Fabric Coin Purse Brown Purple | purple | | 565 | 7.50 |
| Misc | Mexician Bark Paintings Cards | Greeting Car | | 273 | 8.00 |
| Misc | Fabric Evening Bag Pecock & Bla | black | | 566 | 9.00 |
| Misc | Coaster Stones 4 round | coaster | | 274 | 10.00 |
| Misc | Xmas Cards "Santa Claus is Com | Xmas cards | 5x7 | 601 | 12.00 |
| Misc | Black Soft Purse w/Feathers | black | | 555 | 12.50 |
| Misc | Black Beaded Evening Bag Vintag | beaded | | 560 | 17.50 |
| Misc | Padded Rocking Horse Toy | wood & fabri | | 496 | 22.00 |
| Misc | Shipping | per book | | 807 | 25.00 |
| Misc | Post Card 5x6 | | 5 x 6 | 488 | 38.25 |
| Misc | Kit Carson Postcard brown large | card | 5x7 | 200 | 50.00 |
| Misc | Kit Portrait post card D12 | brown tone | 5 x 7 | 489 | 50.00 |
| Misc | Greeting Card, Fine Art New Me | w/ envelope | 5 x 7 | 486 | 148.50 |
| **Misc** | | | | | **455.63** |
| | | | | | |
| pots | LG Casas Grandes Pot | | | 139 | 0.00 |
| pots | Med Casa Grandes Pot | | | 140 | 0.00 |
| **pots** | | | | | **0.00** |
| | | | | | |
| soft goods | Maya M Pillow cover | | | 146 | 0.00 |
| soft goods | Plush Queen El Cid | | | 147 | 0.00 |
| soft goods | 5x7" Day of dead cosmetic bag | | | 143 | 0.00 |
| soft goods | Eye glass pouch | | | 145 | 0.00 |
| soft goods | CS Purse | | | 144 | 0.00 |
| soft goods | Stenciled placemats | | | 152 | 0.00 |
| soft goods | Silver tone buckle | | | 151 | 0.00 |
| soft goods | Wooden bookmark w/ silver tone | | | 154 | 4.00 |
| soft goods | Quilted, Embrodered Shoulder Ba | | large | 472 | 5.00 |
| soft goods | Denim Yellow Rose Texas Bag | | | 465 | 9.50 |
| soft goods | Hasienda Rug 32 x 64" | Saddle blank | 32 x 64" | 492 | 9.50 |

# Kit Carson Home & Museum
## Inventory Valuation on 10/29/2020

| Department | Item Name | Attribute | Size | Item # | Ext Cost |
|---|---|---|---|---|---|
| soft goods | Red Leather Purse | leather | | 464 | 9.50 |
| soft goods | Indian Pottery Carpet Hand Bag | | | 462 | 9.50 |
| soft goods | Pueblo quilted Shoulder Bag | | | 473 | 9.50 |
| soft goods | Foodie Apron Green Stripe | | | 309 | 11.50 |
| soft goods | SW Coasters | | | 153 | 12.00 |
| soft goods | Lg Mirable Round Bag | | | 466 | 12.50 |
| soft goods | Tin Tin Adventure shoulder | vintage | | 463 | 12.50 |
| soft goods | Grey/purple Wool Hat | | | 475 | 12.50 |
| soft goods | Foodie Apron w/ KC patch,Khaki | | | 308 | 23.00 |
| soft goods | Apron | | | 149 | 40.00 |
| soft goods | Poly weave shoulder bag | polyester | | 460 | 57.00 |
| soft goods | Crazy Wool Hat hand-made | Hats | | 461 | 60.00 |
| soft goods | Corse Woven Stripped Pillow | | 12 X 12" | 474 | 68.75 |
| soft goods | Screen Printed shoulder bag | screen print | | 459 | 150.00 |
| soft goods | Chimayo Woven Indian style bag | Black back | 13 X 12" | 458 | 209.00 |
| soft goods | Navajo rug on frame | rug | 24 X 24" | 454 | 250.00 |
| soft goods | Hasienda Rug 20 x 40" | Saddle blank | 20x40 | 491 | 400.00 |
| **soft goods** | | | | | **1,375.25** |
| | | | | | |
| St James | SJ Chilli watercolor | | | 934 | 0.00 |
| St James | Grand Canyon Matted Photo | | 8x10 | 169 | 0.00 |
| **St James** | | | | | **0.00** |
| | | | | | |
| stuffed Animals | CK Mini Bison | | | 10856 | 0.00 |
| stuffed Animals | CK  Wolf | | | 10963 | 0.00 |
| stuffed Animals | CK Elk Standing | | | 11039 | 0.00 |
| stuffed Animals | CK Lil's Owls | | | 88119 | 0.00 |
| stuffed Animals | Small Tan Bear Red Tie | tan | small | 525 | 2.00 |
| stuffed Animals | Red Bear Beenie-Baby | red | small | 526 | 2.50 |
| stuffed Animals | CK Beaver | | | 10901 | 5.00 |
| stuffed Animals | Binoculars, Girly | | | 10655 | 5.00 |
| stuffed Animals | Golden Bear, Medium | gold | medium | 528 | 7.50 |
| stuffed Animals | Light Brown Bear, Collector's | lt.brown | medium | 527 | 7.50 |
| stuffed Animals | Big Brown Bear | brown | large | 529 | 7.50 |
| stuffed Animals | CK Bison | | | 10922 | 10.00 |
| stuffed Animals | CK Mini Bighorn Sheep | | | 11470 | 20.00 |
| stuffed Animals | CK Mini Prairie Dog | | | 11474 | 20.00 |
| **stuffed Animals** | | | | | **87.00** |
| | | | | | |
| System | New Item | | | 8 | 0.00 |
| **System** | | | | | **0.00** |
| | | | | | |
| Tea Brick | Tea Brick  Small | | | 155 | 9.00 |
| **Tea Brick** | | | | | **9.00** |
| | | | | | |
| wall art | Kokopelli 16" facing left | | | 158 | 0.00 |
| wall art | Kokopelli 16" facing right | | | 159 | 0.00 |
| wall art | Roadrunner 13" | | | 157 | 0.00 |
| wall art | hummingbird 8.5" left | | | 156 | 0.00 |
| wall art | Red Clay Scarecrow Folk Art | ceramic | large | 678 | 40.00 |
| wall art | Framed Photo: Rio Grande Gorge | photo | 18x24" | 170 | 85.00 |
| wall art | La Fonda Poster, Kit Carson | poster | 24x36" | 670 | 255.00 |
| **wall art** | | | | | **380.00** |
| | | | | | |
| xmas ornaments | ornament Winged pig | | | 163 | 0.00 |
| xmas ornaments | Lizard 11.5" | | | 161 | 0.00 |
| xmas ornaments | Cristal Glass Diamond Ornament | glass | 5" | 677 | 0.00 |
| xmas ornaments | Ornament ROADRUNNER | | | 160 | 0.00 |
| xmas ornaments | Red Taxi Christmas Ornament | red | | 532 | 2.00 |
| xmas ornaments | Christmas Farm Tractor | red | | 533 | 2.50 |
| xmas ornaments | Yellow Front-end Loader Xmas | yellow | | 531 | 3.50 |
| xmas ornaments | Xmas orn. Wood Moose w/ Arrow | wood | 3x3" | 495 | 5.75 |
| xmas ornaments | Violet Hosteen Large Stucco Orn | | large | 524 | 28.50 |
| xmas ornaments | ornament Flat | | | 162 | 50.00 |
| xmas ornaments | Bingo Smith Medium Stucco Orna | | medium | 523 | 612.00 |
| **xmas ornaments** | | | | | **704.25** |

Case 20-12130-t11    Doc 1    Filed 11/08/20    Entered 11/08/20 08:29:41 Page 29 of 61

# Kit Carson Home & Museum
## Inventory Valuation on 10/29/2020

| Department | Item Name | Attribute | Size | Item # | Ext Cost |
|---|---|---|---|---|---|
| Youth Book | Parker's Colt/ A novel of NM Ra | | | 165 | 0.00 |
| Youth Book | Winging It A beginners Guide to | | | 167 | 0.00 |
| Youth Book | The Life of Kit Carson | | | 166 | 0.00 |
| Youth Book | Youth on the Santa Fe Trail | | | 168 | 0.00 |
| Youth Book | KIt Carson and the Wild Frontie | | | 164 | 82.20 |
| **Youth Book** | | | | | **82.20** |
| | | | | | **21,206.96** |

This is the inventory of current Museum Artifacts

Taken September 22, 2020

Room by room; wall by wall

### Gift Shop-west wall

1. Kit Carson statuette-Bourbon Bottle
2. Indian Statuette –"Prince of the Plains"
3. Framed painting-man shooting over horse/two Indians attacking, large image of rifle across top
4. Large photo of KC- black hat, white shirt, dark jacket
5. Log w/ carving of pueblo at top
6. Framed barbed wire sampler
7. Large ceramic pot-black on black design
8. Framed photo of large bronze statue of KC- at gate of Fort Carson, donated last month: Aug 2020

### Gift shop-north wall

9. Scrub board- The Brass King

### Gift Shop- East wall

10. Large white Sombrero-stained
11. Black felt Cowboyish hat-leather hat band, brads on rim
12. Framed signed photo: Bill Williams of KC in film/TV
13. Old worn Cowboy hat gray felt, star cut out
14. Framed photo? Of Bent's Old Fort
15. Framed image of San Patrico Ranch in Boggsville

Schedule A/B Part 7, Question 42 Attachment

1

## Video Room-North Wall  9-2020

16. Elder Indian Woman braiding hair Framed drawing
17. 6 small framed photos-reprints of Indians
18. Framed photo of Gen James Henry Carleton
19. Tall three panel screen with 20 Indian portraits, by

## Video Room -East wall

20. Remington Bronze statuette 24 to 30 inches high:
    "Mountain Man" man mounted on horse going down steep slope
21. Framed Jim Bridger photo
22. Framed photo of baby in cradle board
23. Wooden Cradle board/ for older child:12-18 mo
24. Black and gray calf skin

### In glass display case

25. Rusty horse bit with leather straps
26. Old cast-iron clothing irons
    a. Solid with no handle
    b. Solid with handle
    c. Iron with removable handle/no handle
27. Rusty horseshoe
28. Large hoe blade/no handle
29. Hay hook
30. Adz
31. Small hoe blade
32. Small wooden figure with Navaho loom/women and papuse
33. Old tin canteen
34. KC doll 6" dressed in buckskin with black felt hat
35. 3 old glass bottles
36. Old Navaho blanket, very worn

2

## Video Room Glass display case -cont.

37.  Sheep shears/hand cutting
38.  Spur/ old rusty
39.  Small tin can; opened with pocket knife, old/rusty
40.  4 large blanket pins
41.  Old Top hat silk: in very poor condition
42.  Pack saddle old with some tack

### On East wall

43.  Framed photo-Jim Beckworth
44.  4 rung Indian style ladder, laced with rawhide
45.  2 rabbit skins/ gray and light brown
46.  Indian style drum with bison painted on drum head
47.  Mounted buffalo head/ on loan
48.  Log style Indian drum
49.  19th century Lock, hasp, keys all iron displayed on wooden panel
50.  Double headed log drum painted on body with Pueblo design

### South wall

51.  Framed miniature painted animal hide
52.  Circular painting on leather with beaded fringe
53.  Small wooden barrel
54.  Large wooden barrel
55.  Mounted beaver skin
56.  Small beaver skin with tail, feet and head attached
57.  Old buffalo hide mounted on frame against wall
58.  Rug hung on wall behind buffalo hide: black border-gray, white, and red design
59.  Raw hide quiver with two arrows
60.  Painting of Nettie Carson in Indian regalia, by Becker; 1928 Taos

3

61.     Framed small watercolor signed McAfee
62.     Indian Pipe
63.     Bow and Arrow, mid 1800's may have been donated by
        Carson family
64.     White suede with beads Tobacco Pouch
65.     Print of frontier man resting with walking stick
66.     Small bronze statue" Carson: He lead the way" by Marco M
        Davis
67.     Old woven willow laundry basket
68.     Old leather bucket

## West wall

69.     Old painted buffalo hide
70.     Framed large drawing of Indian woman with her horse.

## Tall Glass Case

71.     Three woven baskets-recently donated by St James
        Episcopal
72.     Photo/sepia of Kit in wooden frame/wooden mat/oval
73.     Modern copy book found with Mrs. White's body: Kit Carson
        the Prince of Gold
74.     Stone Club head recently donated by Earl Sandman
75.     Mounted Spur/believed to have been Maxwell's, donated by
        Earl Sandman
76.     Branding Iron "CC" Kit's /recently purchased
77.     Branding Iron "M" Maxwell's/recently purchased
78.     Small picture book "Indians of America", recently donated
        by Elizabeth Halley
79.     Fabric horse and female rider with baby; recently donated
        by St James Episcopal

4

80.  Large handwoven blanket, either Chimayo or Rio Grande; primarily red with black, white and grey geometrical design
81.  Fragments of broken pot
82.  Rusted metal scrapper with wooden handle
83.   Old animal trap, rusty
84.  Pillow covered with Coyote fur

## 1st Room of KC home

85.  Framed copy of Kit's will in English
86.  wFramed small oval photo of Kit with original signature below. Recently donated by visitor
87.  2 framed reprinted photos of original daguerreotype/1st in original condition the 2nd photoshopped to be clearer

### Framed photos of Carson Children in order of birth

88.  William Julian Carson
89.  Teresina Carson
90.  Kit Carson Jr
91.  Charles Carson
92.  Rebecca Carson
93.  Estefana "Stella" Carson
94.  Josefita Carson

## Glass display case Books

95.  Kit Carson—Boy Trapper by Stevenson
96.  Kit Carson's West/recently donated
97.  Lure of the West by Scott Leader
98.  Kit Carson Indian Scott
99.  Kit Carson in Pictures and Story by C Richard Schaare
100.  Scouting with Kit Carson by Everett T Tomlinson
101.  Alarado Fiesta -Adventures of Kit Carson/Spanish
102.  Kit Carson Cowboy Comics #151

5

103.    Kit Carson Cowboy Comics #119
104.    Kit Carson and the Trail of Doom
105.    Kit Carson Golden Stamp Book
106.    Copies of Kit Carson and the Wild Frontier by Moody
   a. English
   b. German
   c. Sinhalese
   d. Portuguese
   e. Hindi
   f. Japanese
   g. Arabic
107.    Bloody Trails Along the Rio Grande-Diary of Alonzo
   Ferdinand Ickics
108.    Kit Carson-L'Ami Des Indians in French?
109.    Kit Carson Lunch Box

### Sitting on display case

110.    Framed photo of elderly Kit Carson II at grave of Kit
111.    Small reprint of young Kit
112.    Framed photo of Kit in military jacket, signed
113.    Framed color photo of Kit on horse statue
114.    Next to case: McClellan Saddle on contemporary saddle
   blanket

### South Wall

115.    Framed photo of Mason's plaque at Kit's grave
116.    Glass oil lamp
117.    1850's sewing machine
118.    Old side table, dark wood
119.    Large framed black and white photo of Kit Caron III, son of
   Charles Carson, fourth child of Kit and Josefa.

6

120.   Framed photo taken about taken 1920in front of KC house both Indians and Gringos

East Wall
Glass Case

121.   Framed oil painting of Josefa by RA Beach, married to grandchild of Kit and Josefa

122.   Hand mirror with wood back /small silver embossed detail

123.   Framed oil painting of Kit Carson House by Evelyn Cheetham

124.   Silk embroidered fan

125.   Silk fabric remnant from Josef's dress about 1860

126.   Josefa Jaramillo Carson's sewing kit, recently purchased

127.   Stereoptic viewer

128.   Small layered wooden chest carved with flurdeli

129.   Large white plater, donated by Randall family

130.   Pink porcelain vase with gold painted designs

131.   Gray sugar bowl

132.   Fancy parlor oil lamp with flowered design

133.   Next to case: framed remains of wedding quilt make by Rebecca Carson, Kit's mother

134.   Above on wall: new quilt in design of original wedding quilt, donated recently

Fireplace area

135.   Framed display of Kit's Baptismal Certificate, Marriage Certificate and Burial Certificate

136.   Matching wooden frames with Kit in one and photo long thought to be Josefa in other

137.   Water color painting of Indian pipe and Tobacco Pouch

138.   Ufer Painting of house

139.   Round display case: one side Military jacket appropriate for Kit's time; other side Josefita's White gauze summer

7

dress/green silk cape. Josefita was K & j's last child, born two weeks before Josefa's death.

## North Wall

1. Framed photo of Kit Carson II with wife and seven children
2. English translation of Pedro Mondragon's eulogy for Kit's reburial.
3. Framed original in Spanish of Pedro's eulogy for Kit.
4. Victorian style Settee, back carved, pink background upholstery. Worn and Stained, back fabric missing.
5. Framed photo of Adeline Carson Stilts 's grave marker.
6.

## Kit Carson House - Room 2 Kitchen

### West wall-knitch

1. Sage bundle
2. Rustic carved Santo- woman
3. Small painted Santo
4. Oil lamp with rusted reflector
5. Wooden cross
6. 3 nesting clay bowls-pained with flowers
7. 2 nested rectangular clay bowls
8. Painted plaster statuette of Madonna and child

### West wall below Knitch

9. 6 bundles of dried plants
10. Kit's trundle bed and framed province describing history
11. Roughhewn child' pallet bed

### In or on Corner Fireplace

8

12. Large oval copper boiler
13. Large copper ladle
14. Stockpot size cast iron pot with lid
15. Smaller 3-legged cast iron pot- about 3 quarts
16. Wooden ladle
17. 3-legged stone mortar

<u>North Wall under Window</u>

18. Large rectangular grindstone and pestle stone
19. Wooden tortilla press
20. Tin candle mold for many tapers
21. Wisk broom
22. Quart size clay jug with cork stopper
23. Large wooden footed trough, lined with sheet metal
24. Glass scrub board
25. Rustic broom
26. Cinnamon broom

<u>Built in wooden shelves-from top down</u>

27. 3 clay water jugs
28. Mug
29. Cup
30. Iron candle stand-decorative
31. 3 clay plates- painted with various designs
32. Tin bucket with bail
33. Squat jug bound with rope
34. Candle lantern made to carry when walking
35. Wooden butter press
36. 2 small 3-legged black bowls
37. 2 clay soup plates- painted designs
38. Small painted bowl with clay handles
39. Garlic braid

9

40. Shallow wooden bowl
41. Clay platter
42. Rough willow basket- small
43. 4 small burlap storage bags with tie strings
44. Large woven basket
45. 3 medium footed bowls
46. Small/child's rocker
47. Mother's rocker with needle point seat and back

## East Wall

48. Framed double photos-left- Kit and right-Josefa (this image has long thought to be Josefa, now thru research of photography in the area is known to be not Josefa)
49. Framed Colcha embroidery of the Carson House
50. Solid wood rocking cradle with sheepskin
51. Child's wooden high chair, donated by Spruance & Clark 2017
52. Large Hanging sign: The Heart of the House
53. Photo and information about Josefa's Father and ancestors.
54. Work table-narrow trestle style wooden-hand made
55. Large covered painted clay (bean pot style)
56. Medium painted clay pot with lid and side handle, white with green design
57. Clay bowl filled with dried gourds
58. Wooden tray with center handle, perhaps to store silverware

## South Wall

59. 2 Mexican style straight chairs with woven seat & back
60. Straight Chair with wood or leather woven seat
61. 6-gallon narrow crock/Western Stoneware

10

62. Large enlargement of photo taken in 1863 of Carson house with children and Josefa with baby carriage and a man in the street facing Josefa
63. Smaller framed photo of above-#62
64. 1857 mounted Map of US

## Kit's Office while Indian Agent
### West wall and glass cabinet

65. Framed copy of Jan 28, 1887; old army records
66. Framed oath of office: Christopher Carson 1866
67. Framed photo of Carson and Edwin Perrin
68. Framed photo of John C Fremont
69. Framed colored illustration of the steps of Freemasonry
70. Glass cabinet of Masonic items
    a. Framed white leather apron with blue fabric border, cords and tassels.
    b. Framed apron, labeled Carson Apron 1854
    c. Framed fabric painted with various Masonic symbols
    d. Kit's Master Mason Certificate dated 1859
    e. Framed photo of Masonic men; Kit in center of front row
    f. Bronze sculpture of Kit by Tom Towner
71. Under cabinet Rustic Wooden trunk owned by Carson Family

11

## North Wall and Standing glass cabinet top shelf down

- Kit's wooden desk with high back and top lifts for storage
- Glass oil lamp on desk
- Large book standing open to Kit Carson; Legends of the West
- Unbroken USPS sheet of stamps "Legends of the West"
- Book: Life of Christopher Carson
- Small framed black and white photo of House
- 3 different leather bullet wallets
- 2 bullet making molds
- Small collector's spoon in red lined box
- Framed info about Fractional Currency
  - 2 bills
  - 3 coins
- Certificate signed by Gov, John Richardson honoring Kit's Service to NM
- Kit Carson Playing card deck
- White handled Cap Pistol
- Red box of cops for pistol
- Large bone handled knife with leather sheath for belt
- Cap Pistol with black handle
- Small Knife with leather sheath/decorative
- Early Model of Daisy BB gun
- Framed photo of Kit's Grave Stone
- Framed old photo of dilapidated Carson house with two men in front
- Photo of Jaun Carson, one of three Navaho adopted children
- Handmade fur covered box-Taos 1849
- Fur pouch with beaded flap- about 1865
- Small "comic type" book- bound
- Fancy leather pouch 1868

12

- Small leather oval tobacco flask with cartridge stopper
- Small leather oval tobacco flask with cork stopper
- Small decorated leather medicine bag
- Pressed dark brown leather belt pouch about 1870
- Cow horn lidded flask
- Boxed commemorative Pistol and KC 's own story

### North Wall beyond glass cabinet

- Framed copy of "PLUCK and LUCK" about 1908
- Pack saddle on stand with two open pack bags
- Narrow Wooden box covered with leather fitted with rope handle
- Lg hanging sign several pictures and time line of Josefa and birth of children
- Cheaply framed photo of Kit in military jacket
- Framed certificate of Appointment of Kit to rank of 2nd Lieutenant -1847
- Over fire place /Huge oil on Canvas Portrait of Kit in civilian clothes by Blanche Grant
- Tray of 10 cannon balls from Church at Pueblo
- Ornate frame photo of Kit in military Jacket

### East wall Kit's office

- Framed photo and info Col. Edwin WynKoop
- Framed photo of Kit/signed
- Framed photo of older kit signed
- Framed photo and sketch of Captain Nelson Thomasson
- Laminated/Recollections of Kit Carson by Nelson Thomasson
- Small bronze bust of kit Carson mounted on wooden block with plaque

13

- Large framed portrait of Antonio Joseph
- Red background woven wool rug with black and white pattern

## Gun Case

- Epaulets
- 1801 Flintlock Musket
- Double barrel shotgun
- Damascus double barrel shot gun
- Hawken Rifle
- Sabre and sheath 1860
- Telescope 1850-1860

## South Wall

- 1880's Pine trunk with Iron fittings
- Framed photo of Colt pistol 1848
- Framed photo of Colt pistol 1873
- Framed photo of Colt 1851 London Navy
- Framed copy of Kit's life chronology from "Dear Old Kit"
- Short ladder back chair with wood or leather woven seat
- Smallish captain's chair
- Framed poster of US Presidents who were Masons
- Ornately framed photo of Kit

14

**Fill in this information to identify the case:**

Debtor name    Kit Carson Home & Museum, Inc.

United States Bankruptcy Court for the:   District of New Mexico

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

## Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**   Creditor's name

_____

**Describe debtor's property that is subject to a lien**

Column A: $_____    Column B: $_____

Creditor's mailing address

_____

_____

**Describe the lien**

_____

Creditor's email address, if known

_____

**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes

Date debt was incurred _____

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number _____

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Specify each creditor, including this creditor,

_____

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**2.2**   Creditor's name

_____

**Describe debtor's property that is subject to a lien**

Column A: $_____    Column B: $_____

Creditor's mailing address

_____

_____

**Describe the lien**

_____

Creditor's email address, if known

_____

**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes

Date debt was incurred _____

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number _____

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

  - ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $_____

Official Form 206D      Schedule D: Creditors Who Have Claims Secured by Property      page 1 of 0

**Fill in this information to identify the case:**

Debtor     Kit Carson Home & Museum, Inc.

United States Bankruptcy Court for the:    District of New Mexico

Case number
(If known)

☐ Check if this is an
    amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

**As of the petition filing date, the claim is:**   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

**Basis for the claim:**

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.2**   Priority creditor's name and mailing address

**As of the petition filing date, the claim is:**   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

**Basis for the claim:**

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.3**   Priority creditor's name and mailing address

**As of the petition filing date, the claim is:**   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

**Basis for the claim:**

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

Case 20-12130-t11    Doc 1    Filed 11/08/20    Entered 11/08/20 08:29:41 Page 46 of 61

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 1 of 8

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
Bent Lodge #42 AF&AM
PO Box 5660
Taos, NM, 87571

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 137,300.00

| Date or dates debt was incurred | 2019 |
|---|---|
| Last 4 digits of account number | 0488 |

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
C.J. Law
113 Kit Carson Rd
Taos, NM, 87571

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wages/salary

$ 7,000.00

| Date or dates debt was incurred | 2020 |
|---|---|
| Last 4 digits of account number | |

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
Centinel Bank
512 Paseo Del Pueblo Sur
Taos, NM, 87571

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 18,800.00

| Date or dates debt was incurred | 2020 |
|---|---|
| Last 4 digits of account number | 0001 |

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
CenturyLink
1801 California Street, 24th Floor
Denver, CO, 80202

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 492.95

| Date or dates debt was incurred | 2020 |
|---|---|
| Last 4 digits of account number | |

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
Charles Randall
208 Beimer St
Taos, NM, 87571

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 3,000.00

| Date or dates debt was incurred | |
|---|---|
| Last 4 digits of account number | |

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
Deborah Perrin
PO Box 132
Carson, NM, 87517

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 1,500.00

| Date or dates debt was incurred | 2020 |
|---|---|
| Last 4 digits of account number | |

Is the claim subject to offset?
☑ No
☐ Yes

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 2 of 8

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 7 **Nonpriority creditor's name and mailing address**

DeeDee Miller
PO Box 2823
Taos, NM, 87571

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,500.00

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred        2020

Last 4 digits of account number        _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8 **Nonpriority creditor's name and mailing address**

Elizabeth Halley
PO Box 82
Carson, NM, 87517

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,000.00

**Basis for the claim:** Wages/salary

Date or dates debt was incurred        2020

Last 4 digits of account number        _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 9 **Nonpriority creditor's name and mailing address**

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA, 19101-7346

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:**

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 10 **Nonpriority creditor's name and mailing address**

Kamm & McConnell, LLC
300 Cook Ave
Raton, NM, 87740

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12,435.21

**Basis for the claim:** Services

Date or dates debt was incurred        2020

Last 4 digits of account number        _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 11 **Nonpriority creditor's name and mailing address**

Kit Carson Electric Cooperative, Inc.
118 Cruz Alta Rd
Taos, NM, 87571

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 220.67

**Basis for the claim:** Utility Services

Date or dates debt was incurred        2020

Last 4 digits of account number        _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Kit Carson Home & Museum, Inc. | Case number (if known) _____ |
|--------|-------------------------------|---------------------------------------------|
|        | Name                          |                                             |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

Longleaf Services, Inc.
116 S Boundary St
Chapel Hill, NC, 27514

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 581.74

Date or dates debt was incurred _____2019_____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

New Mexico Gas Company
P.O. Box 97500
Albuquerque, NM, 87199

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility Services

$ 140.00

Date or dates debt was incurred _____2020_____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

New Mexico Taxation and Revenue Department
PO Box 8485
Santa Fe, NM, 87198-8485

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

Penguin Random House
1745 Broadway
New York, NY, 10019

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 310.75

Date or dates debt was incurred _____2019_____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

Sharon Sharrett
9134 Osuna Pl
Albuquerque, NM, 87111

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Monies Loaned / Advanced

$ 1,500.00

Date or dates debt was incurred _____2020_____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.17**   Nonpriority creditor's name and mailing address

Smedly Enterprises
PO Box 3559
Taos, NM, 87571

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 2,500.00

Date or dates debt was incurred _____2020_____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18**   Nonpriority creditor's name and mailing address

Taos Net
201 Camino de la Merced
Taos, NM, 87571

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 39.50

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19**   Nonpriority creditor's name and mailing address

Taos Waste Management
105 Albright Street Suite X
Taos, NM, 87571

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 30.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20**   Nonpriority creditor's name and mailing address

Tele-Gard
3225 Cumberland Blvd. SE Ste 300
Atlanta, GA, 30309

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 80.00

Date or dates debt was incurred _____2019_____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.21**   Nonpriority creditor's name and mailing address

The Harford Mutual Insurance Companies
200 North Main Street
Bel Air, MD, 21014

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 583.20

Date or dates debt was incurred _____2019_____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** **Nonpriority creditor's name and mailing address**

Tom Harper
PO Box 620
El Prado, NM, 87529

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 2,000.00

**Date or dates debt was incurred** 2020

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23** **Nonpriority creditor's name and mailing address**

Town of Taos
400 Cam de la Placita
Taos, NM, 87571

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 497.50

**Date or dates debt was incurred** 2019

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24** **Nonpriority creditor's name and mailing address**

Wayne Rutherford
219 Cruz Alta Rd
Taos, NM, 87571

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 1,376.24

**Date or dates debt was incurred** 2019

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.___** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.___** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Official Form 206E/F              Schedule E/F: Creditors Who Have Unsecured Claims                    page 6 of 8

| Debtor | Kit Carson Home & Museum, Inc. | Case number (if known)_____ |
|---|---|---|
| | Name | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Lee Boothby, Esq.<br>New Mexico Legal Center, P.C.<br>515 Gusdorf Rd Ste 8<br>Taos, NM, 87571 | Line _3.1_<br>☐ Not listed. Explain: | 0488 |
| 4.2. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.3. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.4. | | Line ____<br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 7 of 8

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 194,887.76 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 194,887.76 |

Fill in this information to identify the case:

Debtor name __Kit Carson Home & Museum, Inc.__

United States Bankruptcy Court for the: __District of New Mexico__

Case number (If known): _____     Chapter __11__

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Kit Carson Home and Museum and Romero House (Debtor is lessee) Lessee | Bent Lodge #42 AF&AM PO Box 5660 Taos, NM, 87571 |
| | State the term remaining | 43 years | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases                    page 1 of __1__

Debtor name  Kit Carson Home & Museum, Inc.

United States Bankruptcy Court for the:  District of New Mexico

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

---

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
   schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | _____ | ☐ D<br>☐ E/F<br>☐ G |

Official Form 206H                              Schedule H: Codebtors                                   page 1 of __1__

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 11/08/2020 _____        ✖ /s/ Noah Shapiro _____

MM / DD / YYYY        Signature of individual signing on behalf of debtor

Noah Shapiro _____
Printed name

Secretary/Treasurer _____
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___ Kit Carson Home & Museum, Inc. _____

United States Bankruptcy Court for the: ___ District of New Mexico _____

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Bent Lodge #42 AF&AM PO Box 5660 Taos, NM, 87571 | | Monies Loaned / Advanced | Disputed Unliquidated Contingent | | | 137,300.00 |
| 2 | Centinel Bank 512 Paseo Del Pueblo Sur Taos, NM, 87571 | | Monies Loaned / Advanced | Contingent | | | 18,800.00 |
| 3 | Kamm & McConnell, LLC 300 Cook Ave Raton, NM, 87740 | | Services | | | | 12,435.21 |
| 4 | C.J. Law 113 Kit Carson Rd Taos, NM, 87571 | | Wages/salary | | | | 7,000.00 |
| 5 | Charles Randall 208 Beimer St Taos, NM, 87571 | | Monies Loaned / Advanced | | | | 3,000.00 |
| 6 | DeeDee Miller PO Box 2823 Taos, NM, 87571 | | Monies Loaned / Advanced | | | | 2,500.00 |
| 7 | Smedly Enterprises PO Box 3559 Taos, NM, 87571 | | Monies Loaned / Advanced | | | | 2,500.00 |
| 8 | Tom Harper PO Box 620 El Prado, NM, 87529 | | Monies Loaned / Advanced | | | | 2,000.00 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 1

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Elizabeth Halley PO Box 82 Carson, NM, 87517 | | Wages/salary | | | | 2,000.00 |
| 10 | Sharon Sharrett 9134 Osuna Pl Albuquerque, NM, 87111 | | Monies Loaned / Advanced | | | | 1,500.00 |
| 11 | Deborah Perrin PO Box 132 Carson, NM, 87517 | | Monies Loaned / Advanced | | | | 1,500.00 |
| 12 | Wayne Rutherford 219 Cruz Alta Rd Taos, NM, 87571 | | Services | | | | 1,376.24 |
| 13 | The Harford Mutual Insurance Companies 200 North Main Street Bel Air, MD, 21014 | | Services | | | | 583.20 |
| 14 | Longleaf Services, Inc. 116 S Boundary St Chapel Hill, NC, 27514 | | Suppliers or Vendors | | | | 581.74 |
| 15 | Town of Taos 400 Cam de la Placita Taos, NM, 87571 | | Utility Services | | | | 497.50 |
| 16 | CenturyLink 1801 California Street, 24th Floor Denver, CO, 80202 | | Utility Services | | | | 492.95 |
| 17 | Penguin Random House 1745 Broadway New York, NY, 10019 | | Suppliers or Vendors | | | | 310.75 |
| 18 | Kit Carson Electric Cooperative, Inc. 118 Cruz Alta Rd Taos, NM, 87571 | | Utility Services | | | | 220.67 |
| 19 | New Mexico Gas Company P.O. Box 97500 Albuquerque, NM, 87199 | | Utility Services | | | | 140.00 |
| 20 | Tele-Gard 3225 Cumberland Blvd. SE Ste 300 Atlanta, GA, 30309 | | Services | | | | 80.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

District of New Mexico

**In re** Kit Carson Home & Museum, Inc.

Case No. _____

**Debtor**

Chapter __11_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

    Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

    For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 0.00_____

    The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 300.00_____

    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

    ☑ Debtor      ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☑ Debtor      ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.  [Other provisions as needed]

all activities reasonably incident for legal representation in Debtor's Chapter 11 bankruptcy proceeding.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for
payment to me for representation of the debtor(s) in this bankruptcy proceeding.

11/08/2020                                    /s/ Nephi Hardman, 141595
_____      _____
*Date*                                        *Signature of Attorney*

                                              Nephi D. Hardman Attorney at Law, LLC
                                              _____
                                              *Name of law firm*
                                              9400 Holly Ave NE Bldg 4
                                              Albuquerque, NM 87122
                                              (505) 944-2494
                                              nephi@turnaroundbk.com